# RAILROAD COMMISSION OF TEXAS
### OIL   AND   GAS   DIVISION

CHRISTI CRADDICK, CHAIRMAN
RYAN SITTON, COMMISSIONER
WAYNE CHRISTIAN, COMMISSIONER



LORI WROTENBERY
DIRECTOR, O&G DIVISION

| 1701 N. CONGRESS | CAPITOL STATION - P.O. BOX 12967 AUSTIN, TEXAS 78711-2967 |
| --- | --- |

APRIL  1, 2017

LEASE OPERATOR
GILLIAM PARTNERS, L.P.
2007 N COLLINS BLVD STE 501
RICHARDSON    TX    75080

RE:   CANCELLATION OF P-4 CERTIFICATE OF COMPLIANCE
      AND SEVERANCE OF PIPELINE OR OTHER CARRIER CONNECTION
      - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
      RRC DISTRICT: 09    RRC LEASE NO.: 12804
      FIELD: JACK COUNTY REGULAR
      LEASE NAME: CARTER, NETTIE
      COUNTY: JACK

THE REFERENCED LEASE IS CURRENTLY IN VIOLATION OF RAILROAD COMMISSION
RULES AND REGULATIONS.   THEREFORE, PURSUANT TO THE NOTICE LETTER ISSUED
03/02/2017, THE P-4 CERTIFICATE OF COMPLIANCE IS CANCELED.   YOU ARE
DIRECTED TO DISCONNECT THE PIPELINE OR OTHER CARRIER CONNECTION.   ALL
PRODUCTION MUST CEASE IMMEDIATELY.   THE CERTIFICATE MAY BE REISSUED
UPON CORRECTION OF THE VIOLATIONS LISTED BELOW.

VIOLATION(S):   VIOLATION SWR:  46 CONCERNING
                FAILURE TO FILE FORM H5-INJ/DIS
                PRESSURE TEST DUE 09/30/2010
                FOR WELL #49

DIRECT ALL INQUIRIES TO:  STEVE SCHMIDT
                          PHONE (512)463-6767

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
THE COMMISSION MAY NOT ISSUE A NEW CERTIFICATE OF COMPLIANCE UNTIL THE
OPERATOR SUBMITS TO THE COMMISSION A NON-REFUNDABLE FEE OF $750 FOR EACH
SEVERANCE OR SEAL ORDER ISSUED.   IT IS UNLAWFUL FOR THE OPERATOR TO USE
A WELL FOR PRODUCTION, INJECTION, OR DISPOSAL, OR FOR A GATHERER TO
TRANSPORT OIL OR GAS FROM THE LEASE UNTIL A NEW CERTIFICATE OF COMPLIANCE
HAS BEEN ISSUED.   THE COMMISSION MAY IMPOSE AN ADMINISTRATIVE PENALTY OF
UP TO $10,000 FOR EACH VIOLATION OF THIS PROHIBITION.
    *** RETURN PAYMENT WITH THIS LETTER, ATTN: CENTRAL FEE RECEIPTS ***
        *** MAKE CHECKS PAYABLE TO RAILROAD COMMISSION OF TEXAS ***

RAILROAD COMMISSION OF TEXAS
OIL AND GAS DIVISION

CHRISTI CRADDICK, CHAIRMAN
RYAN SITTON, COMMISSIONER
WAYNE CHRISTIAN, COMMISSIONER

LORI WROTENBERY
DIRECTOR, O&G DIVISION

(512)463-6792

APRIL 3, 2017

455-19

GAMBILL ENERGY, LLC
2007 N COLLINS BLVD STE 501
RICHARDSON   , TX  75080

RE:  DISPOSAL/INJECTION WELL PRESSURE-TEST SCHEDULE:
     FIVE-YEAR TEST REQUIREMENT

     ATTACHED IS A SCHEDULE LISTING EACH OF YOUR WELLS THAT MUST BE PRESSURE-TESTED AND THE DATE BY WHICH EACH TEST MUST BE PERFORMED.  THIS TESTING IS REQUIRED BY STATEWIDE RULE 9(12)(C) FOR DISPOSAL WELLS AND STATEWIDE RULE 46(J)(2) FOR INJECTION WELLS.  THESE RULES REQUIRE THAT EACH DISPOSAL/INJECTION WELL BE PRESSURE-TESTED AT LEAST ONCE EVERY 5 YEARS TO DETERMINE IF THERE ARE LEAKS IN THE TUBING, CASING, OR PACKER.  COMMISSION RECORDS DO NOT SHOW THAT THE REQUIRED PRESSURE TEST HAS BEEN PERFORMED. THE REQUIREMENT TO TEST APPLIES TO ALL PERMITTED DISPOSAL/ INJECTION WELLS.  HOWEVER, IF A WELL IS CURRENTLY SHUT-IN OR PRODUCING, YOU MAY UNDER CERTAIN CIRCUMSTANCES HAVE THE DISPOSAL/ INJECTION AUTHORITY CANCELLED FOR THAT WELL  IN LIEU OF PRESSURE-TESTING THE WELL.  FOR DETAILS ON THE CANCELLATION PROCEDURE, CONTACT UNDERGROUND INJECTION CONTROL IN AUSTIN AT (512)463-6792 OR EMAIL H5INFO@RRC.TEXAS.GOV.

     THE SCHEDULE IS DIVIDED BY DISTRICTS, AND WITHIN EACH DISTRICT, ALL WELLS IN A PARTICULAR FIELD AND COUNTY ARE LISTED TOGETHER.  EACH WELL IS IDENTIFIED BY LEASE NAME, LEASE NUMBER, UIC CONTROL NUMBER, AND WELL NUMBER.

     PRESSURE-TESTING AND THE REPORTING OF TEST RESULTS MUST BE DONE IN ACCORDANCE WITH THE INSTRUCTIONS ON FORM H-5 (DISPOSAL/ INJECTION WELL PRESSURE TEST REPORT).  THIS FORM IS AVAILABLE FOR DOWNLOAD FROM THE RAILROAD COMMISSION OF TEXAS WEBSITE AT WWW.RRC.TEXAS.GOV/OIL-GAS/FORMS/.

                    OIL AND GAS DIVISION

RAILROAD COMMISSION OF TEXAS
FIVE-YEAR PRESSURE-TEST SCHEDULE

OPERATOR:  GAMBILL ENERGY, LLC                                  DIST 09      PAGE  1

DISTRICT  09                  TEST DEADLINE:  09/30/2017

| LEASE NAME | LSE/GAS ID NUMBER | UIC CONTROL NUMBER | WELL NUMBER | LAST TESTED ON |
|---|---|---|---|---|
| FIELD:  WICHITA COUNTY REGULAR | | COUNTY:  WICHITA | | |
| SMITH, J. D. | 04996 | 000035055 | 4 | 08/22/2012 |

# RAILROAD COMMISSION OF TEXAS
## OIL  AND  GAS  DIVISION

CHRISTI CRADDICK, CHAIRMAN
RYAN SITTON, COMMISSIONER
WAYNE CHRISTIAN, COMMISSIONER



LORI WROTENBERY
DIRECTOR, O&G DIVISION
SANTOS GONZALES, JR., P. E.
ASST. DIR. FIELD OPERATIONS

| 1701 N. CONGRESS | CAPITOL STATION - P.O. BOX 12967 AUSTIN, TEXAS 78711-2967 |
|---|---|

APRIL  4,  2017

LEASE OPERATOR
ROCK ENERGY RESOURCES, LLC
2007 N COLLINS BLVD STE 501
RICHARDSON    TX    75080

RE:  CANCELLATION OF P-4 CERTIFICATE OF COMPLIANCE
     AND SEVERANCE OF PIPELINE OR OTHER CARRIER CONNECTION
     - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
     RRC DISTRICT: 09    RRC LEASE NO.:  20162   *ATTACHED LIST*
     FIELD: ARCHER COUNTY REGULAR
     LEASE NAME: BROWN, H. E. -A-
     COUNTY: ARCHER

THE REFERENCED LEASE IS CURRENTLY IN VIOLATION OF RAILROAD COMMISSION
RULES AND REGULATIONS.  THEREFORE, PURSUANT TO THE NOTICE LETTER ISSUED
03/05/2017, THE P-4 CERTIFICATE OF COMPLIANCE IS CANCELED.  YOU ARE
DIRECTED TO DISCONNECT THE PIPELINE OR OTHER CARRIER CONNECTION.  ALL
PRODUCTION MUST CEASE IMMEDIATELY.  THE CERTIFICATE MAY BE REISSUED
UPON CORRECTION OF THE VIOLATIONS LISTED BELOW.


VIOLATION(S):  DELINQUENT RULE 14B2/H-15 TEST
               REPORT FOR WELL(S) ON ATTACHED
               LIST & ANY OTHER WELLS COMING
               DELINQUENT WITHIN 30 DAYS.
               ATTACH COPY OF THIS NOTICE TO
               ANY H-15 RELATED FILINGS.


DIRECT ALL INQUIRIES TO:  H-15 FIELD OPERATIONS
                          PHONE (512)463-6912


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
THE COMMISSION MAY NOT ISSUE A NEW CERTIFICATE OF COMPLIANCE UNTIL THE
OPERATOR SUBMITS TO THE COMMISSION A NON-REFUNDABLE FEE OF $750 FOR EACH
SEVERANCE OR SEAL ORDER ISSUED.  IT IS UNLAWFUL FOR THE OPERATOR TO USE
A WELL FOR PRODUCTION, INJECTION, OR DISPOSAL, OR FOR A GATHERER TO
TRANSPORT OIL OR GAS FROM THE LEASE UNTIL A NEW CERTIFICATE OF COMPLIANCE
HAS BEEN ISSUED.  THE COMMISSION MAY IMPOSE AN ADMINISTRATIVE PENALTY OF
UP TO $10,000 FOR EACH VIOLATION OF THIS PROHIBITION.
   *** RETURN PAYMENT WITH THIS LETTER, ATTN: CENTRAL FEE RECEIPTS ***
      *** MAKE CHECKS PAYABLE TO RAILROAD COMMISSION OF TEXAS ***

# RAILROAD COMMISSION OF TEXAS
## OIL AND GAS DIVISION

CHRISTI CRADDICK, CHAIRMAN
RYAN SITTON, COMMISSIONER
WAYNE CHRISTIAN, COMMISSIONER



LORI WROTENBERY
DIRECTOR, O&G DIVISION
SANTOS GONZALES, JR., P. E.
ASST. DIR. FIELD OPERATIONS

| 1701 N. CONGRESS | CAPITOL STATION - P.O. BOX 12967 AUSTIN, TEXAS 78711-2967 |
|---|---|

MARCH 5, 2017

CERTIFIED MAIL NO. 70150640000625597124
LEASE OPERATOR
ROCK ENERGY RESOURCES, LLC
2007 N COLLINS BLVD STE 501
RICHARDSON    TX    75080

RE:   NOTICE OF INTENT TO CANCEL P-4 CERTIFICATE OF COMPLIANCE
      AND TO SEVER PIPELINE OR OTHER CARRIER CONNECTION

RRC DISTRICT: 09      RRC LEASE NO.:  20162    *ATTACHED LIST*
FIELD: ARCHER COUNTY REGULAR
LEASE NAME: BROWN, H. E. -A-
COUNTY: ARCHER

THE ABOVE DESCRIBED PROPERTY IS CURRENTLY IN VIOLATION OF RAILROAD
COMMISSION RULES.   THE VIOLATIONS LISTED BELOW MUST BE RESOLVED WITHIN
30 DAYS OF THE DATE OF THIS LETTER OR THE P-4 CERTIFICATE OF COMPLIANCE
WILL BE CANCELED AND A SEVERANCE OF PIPELINE OR OTHER CARRIER CONNECTION
WILL BE ISSUED.   YOU MAY REQUEST A HEARING TO CONTEST THIS
DETERMINATION.   YOUR WRITTEN REQUEST FOR HEARING, WITH A COPY OF THIS
LETTER ATTACHED, MUST BE RECEIVED AT THE ABOVE ADDRESS WITHIN 10 DAYS
OF THE DATE OF THIS LETTER.

VIOLATION(S):   FAILURE TO FILE H-15 FORM(S)
                AS REQUIRED BY STATEWIDE RULE
                14(B)(2).

DIRECT ALL INQUIRIES TO:   H-15 FIELD OPERATIONS
                           PHONE (512)463-6912

THE COMMISSION MAY NOT ISSUE A NEW CERTIFICATE OF COMPLIANCE UNTIL THE
OPERATOR SUBMITS TO THE COMMISSION A NON-REFUNDABLE FEE OF $750 FOR EACH
SEVERANCE OR SEAL ORDER ISSUED.  IT IS UNLAWFUL FOR THE OPERATOR TO USE
A WELL FOR PRODUCTION, INJECTION, OR DISPOSAL, OR FOR A GATHERER TO
TRANSPORT OIL OR GAS FROM THE LEASE UNTIL A NEW CERTIFICATE OF COMPLIANCE
HAS BEEN ISSUED.  THE COMMISSION MAY IMPOSE AN ADMINISTRATIVE PENALTY OF
UP TO $10,000 FOR EACH VIOLATION OF THIS PROHIBITION.

An Equal Opportunity Employer (TDD 1-800-735-2989 or TDY 512-463-7284)  http://www.rrc.state.tx.us

03/05/2017

ROCK ENERGY RESOURCES, LLC            722811            DELINQUENT H-15
2007 N COLLINS BLVD STE 501
RICHARDSON       TX        75080
          LEASE: BROWN, H. E. -A-                      09 20162


          DIST #            WELL #            API #
           09                 2            009 34400
                              3            009 34464
                              4            009 34525

# RAILROAD COMMISSION OF TEXAS
### OIL AND GAS DIVISION

CHRISTI CRADDICK, CHAIRMAN
RYAN SITTON, COMMISSIONER
WAYNE CHRISTIAN, COMMISSIONER



LORI WROTENBERY
DIRECTOR, O&G DIVISION

---

1701 N. CONGRESS     CAPITOL STATION - P.O. BOX 12967 AUSTIN, TEXAS 78711-2967

APRIL 5, 2017

CERTIFIED MAIL NO. 70150640000625576228
LEASE OPERATOR
GILLIAM PARTNERS, L.P.
2007 N COLLINS BLVD STE 501
RICHARDSON    TX     75080

RE:   NOTICE OF INTENT TO CANCEL P-4 CERTIFICATE OF COMPLIANCE
      AND TO SEVER PIPELINE OR OTHER CARRIER CONNECTION
      ---------------------------------------------------------
      RRC DISTRICT: 09    RRC LEASE NO.:   12804
      FIELD: JACK COUNTY REGULAR
      LEASE NAME: CARTER, NETTIE
      COUNTY: JACK

THE ABOVE DESCRIBED PROPERTY IS CURRENTLY IN VIOLATION OF RAILROAD
COMMISSION RULES. THE VIOLATIONS LISTED BELOW MUST BE RESOLVED WITHIN
30 DAYS OF THE DATE OF THIS LETTER OR THE P-4 CERTIFICATE OF COMPLIANCE
WILL BE CANCELED AND A SEVERANCE OF PIPELINE OR OTHER CARRIER CONNECTION
WILL BE ISSUED. YOU MAY REQUEST A HEARING TO CONTEST THIS
DETERMINATION. YOUR WRITTEN REQUEST FOR HEARING, WITH A COPY OF THIS
LETTER ATTACHED, MUST BE RECEIVED AT THE ABOVE ADDRESS WITHIN 10 DAYS
OF THE DATE OF THIS LETTER.

VIOLATION(S):   VIOLATION SWR:   46 CONCERNING
               FAILURE TO FILE FORM H5-INJ/DIS
               PRESSURE TEST DUE 09/30/2010
               WELL #50
               RE-ISSUED CERTIFIED LETTER

DIRECT ALL INQUIRIES TO:   STEVE SCHMIDT
                         PHONE (512)463-6767

---

THE COMMISSION MAY NOT ISSUE A NEW CERTIFICATE OF COMPLIANCE UNTIL THE
OPERATOR SUBMITS TO THE COMMISSION A NON-REFUNDABLE FEE OF $750 FOR EACH
SEVERANCE OR SEAL ORDER ISSUED. IT IS UNLAWFUL FOR THE OPERATOR TO USE
A WELL FOR PRODUCTION, INJECTION, OR DISPOSAL, OR FOR A GATHERER TO
TRANSPORT OIL OR GAS FROM THE LEASE UNTIL A NEW CERTIFICATE OF COMPLIANCE
HAS BEEN ISSUED. THE COMMISSION MAY IMPOSE AN ADMINISTRATIVE PENALTY OF
UP TO $10,000 FOR EACH VIOLATION OF THIS PROHIBITION.

# RAILROAD COMMISSION OF TEXAS
OIL AND GAS DIVISION

CHRISTI CRADDICK, CHAIRMAN
RYAN SITTON, COMMISSIONER
WAYNE CHRISTIAN, COMMISSIONER



LORI WROTENBERY
DIRECTOR, O&G DIVISION

1701 N. CONGRESS     CAPITOL STATION - P.O. BOX 12967 AUSTIN, TEXAS 78711-2967

APRIL 5, 2017

CERTIFIED MAIL NO. 70150640000625576228
LEASE OPERATOR
GILLIAM PARTNERS, L.P.
2007 N COLLINS BLVD STE 501
RICHARDSON    TX     75080

RE: NOTICE OF INTENT TO CANCEL P-4 CERTIFICATE OF COMPLIANCE
AND TO SEVER PIPELINE OR OTHER CARRIER CONNECTION
-------------------------------------------------------------
RRC DISTRICT: 09     RRC LEASE NO.: 12804
FIELD: JACK COUNTY REGULAR
LEASE NAME: CARTER, NETTIE
COUNTY: JACK

THE ABOVE DESCRIBED PROPERTY IS CURRENTLY IN VIOLATION OF RAILROAD
COMMISSION RULES. THE VIOLATIONS LISTED BELOW MUST BE RESOLVED WITHIN
30 DAYS OF THE DATE OF THIS LETTER OR THE P-4 CERTIFICATE OF COMPLIANCE
WILL BE CANCELED AND A SEVERANCE OF PIPELINE OR OTHER CARRIER CONNECTION
WILL BE ISSUED. YOU MAY REQUEST A HEARING TO CONTEST THIS
DETERMINATION. YOUR WRITTEN REQUEST FOR HEARING, WITH A COPY OF THIS
LETTER ATTACHED, MUST BE RECEIVED AT THE ABOVE ADDRESS WITHIN 10 DAYS
OF THE DATE OF THIS LETTER.

VIOLATION(S): VIOLATION SWR: 46 CONCERNING
FAILURE TO FILE FORM H5-INJ/DIS
PRESSURE TEST DUE 09/30/2010
WELL #49
RE-ISSUED CERTIFIED LETTER

DIRECT ALL INQUIRIES TO: STEVE SCHMIDT
PHONE (512)463-6767

-------------------------------------------------------------
THE COMMISSION MAY NOT ISSUE A NEW CERTIFICATE OF COMPLIANCE UNTIL THE
OPERATOR SUBMITS TO THE COMMISSION A NON-REFUNDABLE FEE OF $750 FOR EACH
SEVERANCE OR SEAL ORDER ISSUED. IT IS UNLAWFUL FOR THE OPERATOR TO USE
A WELL FOR PRODUCTION, INJECTION, OR DISPOSAL, OR FOR A GATHERER TO
TRANSPORT OIL OR GAS FROM THE LEASE UNTIL A NEW CERTIFICATE OF COMPLIANCE
HAS BEEN ISSUED. THE COMMISSION MAY IMPOSE AN ADMINISTRATIVE PENALTY OF
UP TO $10,000 FOR EACH VIOLATION OF THIS PROHIBITION.

# RAILROAD COMMISSION OF TEXAS
### OIL  AND  GAS  DIVISION

CHRISTI CRADDICK, CHAIRMAN
RYAN SITTON, COMMISSIONER
WAYNE CHRISTIAN, COMMISSIONER



LORI WROTENBERY
DIRECTOR, O&G DIVISION

---

1701 N. CONGRESS     CAPITOL STATION - P.O. BOX 12967 AUSTIN, TEXAS 78711-2967

APRIL  5, 2017

CERTIFIED MAIL NO.  70150640000625576228
LEASE OPERATOR
GILLIAM PARTNERS, L.P.
2007 N COLLINS BLVD STE 501
RICHARDSON     TX     75080

RE:  NOTICE OF INTENT TO CANCEL P-4 CERTIFICATE OF COMPLIANCE
     AND TO SEVER PIPELINE OR OTHER CARRIER CONNECTION
     ------------------------------------------------------------
     RRC DISTRICT: 09     RRC LEASE NO.:  12804
     FIELD: JACK COUNTY REGULAR
     LEASE NAME: CARTER, NETTIE
     COUNTY: JACK

THE ABOVE DESCRIBED PROPERTY IS CURRENTLY IN VIOLATION OF RAILROAD
COMMISSION RULES.  THE VIOLATIONS LISTED BELOW MUST BE RESOLVED WITHIN
30 DAYS OF THE DATE OF THIS LETTER OR THE P-4 CERTIFICATE OF COMPLIANCE
WILL BE CANCELED AND A SEVERANCE OF PIPELINE OR OTHER CARRIER CONNECTION
WILL BE ISSUED.  YOU MAY REQUEST A HEARING TO CONTEST THIS
DETERMINATION.  YOUR WRITTEN REQUEST FOR HEARING, WITH A COPY OF THIS
LETTER ATTACHED, MUST BE RECEIVED AT THE ABOVE ADDRESS WITHIN 10 DAYS
OF THE DATE OF THIS LETTER.

VIOLATION(S):  VIOLATION SWR:  46 CONCERNING
               FAILURE TO FILE FORM H5-INJ/DIS
               PRESSURE TEST DUE 09/30/2010
               WELL #33
               RE-ISSUED CERTIFIED LETTER

DIRECT ALL INQUIRIES TO:  STEVE SCHMIDT
                          PHONE (512)463-6767

---

| THE COMMISSION MAY NOT ISSUE A NEW CERTIFICATE OF COMPLIANCE UNTIL THE
| OPERATOR SUBMITS TO THE COMMISSION A NON-REFUNDABLE FEE OF $750 FOR EACH
| SEVERANCE OR SEAL ORDER ISSUED.  IT IS UNLAWFUL FOR THE OPERATOR TO USE
| A WELL FOR PRODUCTION, INJECTION, OR DISPOSAL, OR FOR A GATHERER TO
| TRANSPORT OIL OR GAS FROM THE LEASE UNTIL A NEW CERTIFICATE OF COMPLIANCE
| HAS BEEN ISSUED.  THE COMMISSION MAY IMPOSE AN ADMINISTRATIVE PENALTY OF
| UP TO $10,000 FOR EACH VIOLATION OF THIS PROHIBITION.

# RAILROAD COMMISSION OF TEXAS
### OIL AND GAS DIVISION

CHRISTI CRADDICK, CHAIRMAN
RYAN SITTON, COMMISSIONER
WAYNE CHRISTIAN, COMMISSIONER



LORI WROTENBERY
DIRECTOR, O&G DIVISION

| 1701 N. CONGRESS | CAPITOL STATION - P.O. BOX 12967 AUSTIN, TEXAS 78711-2967 |

APRIL 5, 2017

CERTIFIED MAIL NO. 70150640000625576228
LEASE OPERATOR
GILLIAM PARTNERS, L.P.
2007 N COLLINS BLVD STE 501
RICHARDSON    TX    75080

RE:  NOTICE OF INTENT TO CANCEL P-4 CERTIFICATE OF COMPLIANCE
     AND TO SEVER PIPELINE OR OTHER CARRIER CONNECTION
     ----------------------------------------------------------
     RRC DISTRICT: 09      RRC LEASE NO.: 12804
     FIELD: JACK COUNTY REGULAR
     LEASE NAME: CARTER, NETTIE
     COUNTY: JACK

THE ABOVE DESCRIBED PROPERTY IS CURRENTLY IN VIOLATION OF RAILROAD
COMMISSION RULES.  THE VIOLATIONS LISTED BELOW MUST BE RESOLVED WITHIN
30 DAYS OF THE DATE OF THIS LETTER OR THE P-4 CERTIFICATE OF COMPLIANCE
WILL BE CANCELED AND A SEVERANCE OF PIPELINE OR OTHER CARRIER CONNECTION
WILL BE ISSUED.  YOU MAY REQUEST A HEARING TO CONTEST THIS
DETERMINATION.  YOUR WRITTEN REQUEST FOR HEARING, WITH A COPY OF THIS
LETTER ATTACHED, MUST BE RECEIVED AT THE ABOVE ADDRESS WITHIN 10 DAYS
OF THE DATE OF THIS LETTER.

VIOLATION(S):  VIOLATION SWR:  46 CONCERNING
               FAILURE TO FILE FORM H5-INJ/DIS
               PRESSURE TEST DUE 09/30/2010
               WELL #46
               RE-ISSUED CERTIFIED LETTER

DIRECT ALL INQUIRIES TO:  STEVE SCHMIDT
                          PHONE (512)463-6767

--------------------------------------------------------------------
| THE COMMISSION MAY NOT ISSUE A NEW CERTIFICATE OF COMPLIANCE UNTIL THE |
| OPERATOR SUBMITS TO THE COMMISSION A NON-REFUNDABLE FEE OF $750 FOR EACH |
| SEVERANCE OR SEAL ORDER ISSUED.  IT IS UNLAWFUL FOR THE OPERATOR TO USE |
| A WELL FOR PRODUCTION, INJECTION, OR DISPOSAL, OR FOR A GATHERER TO |
| TRANSPORT OIL OR GAS FROM THE LEASE UNTIL A NEW CERTIFICATE OF COMPLIANCE |
| HAS BEEN ISSUED.  THE COMMISSION MAY IMPOSE AN ADMINISTRATIVE PENALTY OF |
| UP TO $10,000 FOR EACH VIOLATION OF THIS PROHIBITION. |
--------------------------------------------------------------------

# RAILROAD COMMISSION OF TEXAS
## OIL AND GAS DIVISION

CHRISTI CRADDICK, CHAIRMAN
RYAN SITTON, COMMISSIONER
WAYNE CHRISTIAN, COMMISSIONER



LORI WROTENBERY
DIRECTOR, O&G DIVISION

P-5 FINANCIAL ASSURANCE

---

1701 N. CONGRESS          CAPITOL STATION - P.O. BOX 12967 AUSTIN, TEXAS 78711-2967

---

APRIL 13, 2017

PAGE      1

GAMBILL ENERGY, LLC
2007 N COLLINS BLVD STE 501
RICHARDSON     TX 75080

Re:  Upcoming expiration of 14(b)(2) extensions
     Operator Number: 293413
     Amount of Bond, Letter of Credit, or Cash Deposit
     previously filed:     $50,000

Dear Operator:

Your extensions to Statewide Rule 14(b)(2) which are backed by a
Performance Bond, Letter of Credit, or Cash Deposit are due to
expire on 05/31/2017. You must apply for a renewal of your
extensions by completing renewal of your P-5 (using the forms in
your renewal packet which has already been sent to you).

Should you renew your application by a Performance Bond, Letter
of Credit or Cash Deposit under Financial Assurance Options 1 or
2, please refer to the Option Fact Sheet with your P-5 renewal
packet to determine the amount. Please note that any renewal of
an existing Performance Bond or Letter of Credit must be
completed before your P-5 renewal and 14(b)(2) extension
renewals can be approved.

You may choose one of the other financial assurance options, but
you must fulfill the appropriate requirements of those options
before your P-5 renewal and your 14(b)(2) extensions can be
approved. For your convenience, a listing of your inactive
wells shown on the Oil and Gas Proration Schedule has been
included in your P-5 renewal packet information. If you find
any discrepancies, please submit the necessary documentation
with your renewal application so that we may update our files
accordingly.

     Your immediate attention to this matter is requested. If
you have any questions, please contact the P-5 Financial
Assurance Section at (512) 463-6772.

Christi Craddick, CHAIRMAN
Ryan Sitton, COMMISSIONER
Wayne Christian, COMMISSIONER



Lori Wrotenbery
DIRECTOR, OIL AND GAS DIVISION

# RAILROAD COMMISSION OF TEXAS

| 1701 NORTH CONGRESS AVENUE | POST OFFICE BOX 12967  AUSTIN, TX 78711-2967 | 512-463-6838 |

## OIL AND GAS DIVISION
April 17, 2017

ROCK ENERGY RESOURCES, LLC
2007 N COLLINS BLVD STE 501
RICHARDSON, TX  75080

RE: Notice of delinquent and discrepant production reports (Form PR)

You are requested to file or correct the below mentioned Form PR report(s) within thirty (30) days to avoid cancellation of the P-4 Certificate of Compliance and Severance or Seal Order.
If an unsatisfied Severance or Seal Order is currently in effect and you have produced a well in violation of that order, please be advised that you must obtain re-issuance of the P-4 Certificate of Compliance (by resolving all violations and paying all reconnect fees) within thirty (30) days of this notice to avoid further Enforcement action related to illegal production.

Please refer to the following web page for detailed explanations of discrepancies:
    http://www.rrc.texas.gov/formpr/discrep_detail.html
For filing or correcting reports on-line:
    http://www.rrc.texas.gov/electronic_filing/electronic_filing.html

Please refer inquiries to the Production Department at productionreporting-info@rrc.texas.gov or by telephone at 512-463-6726.

| Field Name Lease Name | Well | RRC ID | C P # | MM/YY | Discrepancy / Delinquent |
|---|---|---|---|---|---|
| **District 09:** | | | | | |
| ARCHER COUNTY REGULAR | | | | | |
| BROWN, H. E. -A- | | 20162 | | 02/2017 | Delinquent report |
| WICHITA COUNTY REGULAR | | | | | |
| WARREN, F. P. | | 05084 | | 02/2017 | Delinquent report |
| HILL | | 15858 | | 02/2017 | Delinquent report |
| PRESTON | | 16890 | | 02/2017 | Delinquent report |
| BIRK, C. ESTATE | | 16932 | | 02/2017 | Delinquent report |
| KEBMC | | 19331 | | 02/2017 | Delinquent report |

ROCK ENERGY RESOURCES, LLC                722811              DELINQUENT H-15
2007 N COLLINS BLVD STE 501
RICHARDSON      TX        75080
      LEASE: BROWN, H. E. -A-                          09 20162

          DIST #             WELL #            API #
            09                   2          009 34400
                                 3          009 34464
                                 4          009 34525

Christi Craddick, CHAIRMAN
Ryan Sitton, COMMISSIONER
Wayne Christian, COMMISSIONER



Lori Wrotenbery
DIRECTOR, OIL AND GAS DIVISION

# RAILROAD COMMISSION OF TEXAS

| 1701 NORTH CONGRESS AVENUE | POST OFFICE BOX 12967 AUSTIN, TX 78711-2967 | 512-463-6838 |
|---|---|---|

## OIL AND GAS DIVISION

April 17, 2017

GAMBILL ENERGY, LLC
2007 N COLLINS BLVD STE 501
RICHARDSON, TX 75080

RE: Notice of delinquent and discrepant production reports (Form PR)

You are requested to file or correct the below mentioned Form PR report(s) within thirty (30) days to avoid cancellation of the P-4 Certificate of Compliance and Severance or Seal Order.
If an unsatisfied Severance or Seal Order is currently in effect and you have produced a well in violation of that order, please be advised that you must obtain re-issuance of the P-4 Certificate
of Compliance (by resolving all violations and paying all reconnect fees) within thirty (30) days of this notice to avoid further Enforcement action related to illegal production.

Please refer to the following web page for detailed explanations of discrepancies:
    http://www.rrc.texas.gov/formpr/discrep_detail.html
For filing or correcting reports on-line:
    http://www.rrc.texas.gov/electronic_filing/electronic_filing.html

Please refer inquiries to the Production Department at productionreporting-info@rrc.texas.gov or by telephone at 512-463-6726.

| Field Name Lease Name | Well | RRC ID | C P # | MM/YY | Discrepancy / Delinquent |
|---|---|---|---|---|---|
| **District 09:** | | | | | |
| WICHITA COUNTY REGULAR | | | | | |
| STRINGER, SUE | | 04997 | | 02/2017 | Delinquent report |
| CROW, W. E. | | 05154 | | 02/2017 | Delinquent report |

RAILROAD COMMISSION OF TEXAS
OIL AND GAS DIVISION

CHRISTI CRADDICK, CHAIRMAN
RYAN SITTON, COMMISSIONER
WAYNE CHRISTIAN, COMMISSIONER

LORI WROTENBERY
DIRECTOR, O&G DIVISION

MARCH 1, 2017

455-19

GAMBILL ENERGY, LLC
2007 N COLLINS BLVD STE 501
RICHARDSON    TX   75080

RE: DELINQUENCY NOTICE
DISPOSAL/INJECTION WELL
PRESSURE TESTING

ON JULY 1, 2016 , THE COMMISSION MAILED OUT A SCHEDULE FOR PRESSURE TESTING CERTAIN DISPOSAL/INJECTION WELLS TO COMPLY WITH THE COMMISSION'S RULE REQUIRING SUCH WELLS TO BE PRESSURE-TESTED ONCE EVERY FIVE YEARS. ATTACHED IS A LIST OF DELINQUENT WELLS WHICH YOU OPERATE. THESE WELLS WERE SCHEDULED TO BE TESTED BY DECEMBER 30, 2016 , BUT WE HAVE NOT YET RECEIVED A FORM H-5 (DISPOSAL/INJECTION WELL PRESSURE TEST REPORT) FOR ANY OF THESE WELLS.

BECAUSE YOU ARE THE CURRENT OPERATOR OF RECORD OF THE WELLS ON THE ATTACHED LIST, YOU ARE REQUIRED TO PRESSURE TEST EACH OF THE DELINQUENT WELLS AND REPORT THE RESULTS OF EACH TEST ON FORM H-5. THIS FORM ALONG WITH ANY ATTACHMENTS MUST BE FILED IN DUPLICATE WITH THE APPROPRIATE DISTRICT OFFICE WITHIN 30 DAYS OF THE DATE OF THIS LETTER. FAILURE TO COMPLY WITH THIS TESTING AND REPORTING REQUIREMENT WILL RESULT IN ENFORCEMENT ACTION.

IF YOU HAVE PREVIOUSLY FILED FORM H-5 FOR ANY WELL ON THE ATTACHED DELINQUENT LIST OR IF YOU HAVE ANY QUESTIONS, CONTACT TECHNICAL PERMITTING SECTION IN AUSTIN AT (512) 463-6792 OR EMAIL H5INFO@RRC.TEXAS.GOV.

RAILROAD COMMISSION OF TEXAS
FIVE-YEAR PRESSURE-TEST SCHEDULE
DELINQUENT WELLS

OPERATOR:  GAMBILL ENERGY, LLC                                    DIST 09        PAGE  1

DISTRICT  09          TEST DEADLINE  12/30/2016

| LEASE NAME | LSE/GAS ID NUMBER | UIC CONTROL NUMBER | WELL NUMBER | LAST TEST DATE |
|------------|-------------------|--------------------|-------------|----------------|
| FIELD:  WICHITA COUNTY REGULAR | | COUNTY:  WICHITA | | |
| SMITH, J. D. | 004996 | 000035054 | 3 | 12/08/2011 |

# RAILROAD COMMISSION OF TEXAS
## OIL AND GAS DIVISION

CHRISTI CRADDICK, CHAIRMAN
RYAN SITTON, COMMISSIONER
WAYNE CHRISTIAN, COMMISSIONER



LORI WROTENBERY
DIRECTOR, O&G DIVISION

---

**1701 N. CONGRESS**     **CAPITOL STATION - P.O. BOX 12967 AUSTIN, TEXAS 78711-2967**

MARCH 1, 2017

CERTIFIED MAIL NO. 70150640000625598626
LEASE OPERATOR
GILLIAM PARTNERS, L.P.
2007 N COLLINS BLVD STE 501
RICHARDSON    TX    75080

RE:  NOTICE OF INTENT TO CANCEL P-4 CERTIFICATE OF COMPLIANCE
AND TO SEVER PIPELINE OR OTHER CARRIER CONNECTION
--------------------------------------------------------
RRC DISTRICT: 09    RRC LEASE NO.: 12804
FIELD: JACK COUNTY REGULAR
LEASE NAME: CARTER, NETTIE
COUNTY: JACK

THE ABOVE DESCRIBED PROPERTY IS CURRENTLY IN VIOLATION OF RAILROAD
COMMISSION RULES.  THE VIOLATIONS LISTED BELOW MUST BE RESOLVED WITHIN
30 DAYS OF THE DATE OF THIS LETTER OR THE P-4 CERTIFICATE OF COMPLIANCE
WILL BE CANCELED AND A SEVERANCE OF PIPELINE OR OTHER CARRIER CONNECTION
WILL BE ISSUED.  YOU MAY REQUEST A HEARING TO CONTEST THIS
DETERMINATION.  YOUR WRITTEN REQUEST FOR HEARING, WITH A COPY OF THIS
LETTER ATTACHED, MUST BE RECEIVED AT THE ABOVE ADDRESS WITHIN 10 DAYS
OF THE DATE OF THIS LETTER.


VIOLATION(S):  VIOLATION SWR: 46 CONCERNING
FAILURE TO FILE FORM H5-INJ/DIS
PRESSURE TEST DUE 09/30/2014
FOR WELL #33

DIRECT ALL INQUIRIES TO:  STEVE SCHMIDT
PHONE (512)463-6767

---

THE COMMISSION MAY NOT ISSUE A NEW CERTIFICATE OF COMPLIANCE UNTIL THE
OPERATOR SUBMITS TO THE COMMISSION A NON-REFUNDABLE FEE OF $750 FOR EACH
SEVERANCE OR SEAL ORDER ISSUED.  IT IS UNLAWFUL FOR THE OPERATOR TO USE
A WELL FOR PRODUCTION, INJECTION, OR DISPOSAL, OR FOR A GATHERER TO
TRANSPORT OIL OR GAS FROM THE LEASE UNTIL A NEW CERTIFICATE OF COMPLIANCE
HAS BEEN ISSUED.  THE COMMISSION MAY IMPOSE AN ADMINISTRATIVE PENALTY OF
UP TO $10,000 FOR EACH VIOLATION OF THIS PROHIBITION.

# RAILROAD COMMISSION OF TEXAS
### OIL AND GAS DIVISION

CHRISTI CRADDICK, CHAIRMAN
RYAN SITTON, COMMISSIONER
WAYNE CHRISTIAN, COMMISSIONER



LORI WROTENBERY
DIRECTOR, O&G DIVISION

| 1701 N. CONGRESS | CAPITOL STATION - P.O. BOX 12967 AUSTIN, TEXAS 78711-2967 |
| --- | --- |

MARCH 2, 2017

CERTIFIED MAIL NO. 70150640000625597650
LEASE OPERATOR
GILLIAM PARTNERS, L.P.
2007 N COLLINS BLVD STE 501
RICHARDSON    TX    75080

RE:  NOTICE OF INTENT TO CANCEL P-4 CERTIFICATE OF COMPLIANCE
     AND TO SEVER PIPELINE OR OTHER CARRIER CONNECTION
     ---------------------------------------------------------
     RRC DISTRICT: 09    RRC LEASE NO.: 12804
     FIELD: JACK COUNTY REGULAR
     LEASE NAME: CARTER, NETTIE
     COUNTY: JACK

THE ABOVE DESCRIBED PROPERTY IS CURRENTLY IN VIOLATION OF RAILROAD
COMMISSION RULES.  THE VIOLATIONS LISTED BELOW MUST BE RESOLVED WITHIN
30 DAYS OF THE DATE OF THIS LETTER OR THE P-4 CERTIFICATE OF COMPLIANCE
WILL BE CANCELED AND A SEVERANCE OF PIPELINE OR OTHER CARRIER CONNECTION
WILL BE ISSUED.  YOU MAY REQUEST A HEARING TO CONTEST THIS
DETERMINATION.  YOUR WRITTEN REQUEST FOR HEARING, WITH A COPY OF THIS
LETTER ATTACHED, MUST BE RECEIVED AT THE ABOVE ADDRESS WITHIN 10 DAYS
OF THE DATE OF THIS LETTER.


VIOLATION(S):  VIOLATION SWR:  46 CONCERNING
               FAILURE TO FILE FORM H5-INJ/DIS
               PRESSURE TEST DUE 09/30/2010
               FOR WELL #49

DIRECT ALL INQUIRIES TO:  STEVE SCHMIDT
                          PHONE (512)463-6767


---

THE COMMISSION MAY NOT ISSUE A NEW CERTIFICATE OF COMPLIANCE UNTIL THE
OPERATOR SUBMITS TO THE COMMISSION A NON-REFUNDABLE FEE OF $750 FOR EACH
SEVERANCE OR SEAL ORDER ISSUED.  IT IS UNLAWFUL FOR THE OPERATOR TO USE
A WELL FOR PRODUCTION, INJECTION, OR DISPOSAL, OR FOR A GATHERER TO
TRANSPORT OIL OR GAS FROM THE LEASE UNTIL A NEW CERTIFICATE OF COMPLIANCE
HAS BEEN ISSUED.  THE COMMISSION MAY IMPOSE AN ADMINISTRATIVE PENALTY OF
UP TO $10,000 FOR EACH VIOLATION OF THIS PROHIBITION.

---

An Equal Opportunity Employer (TDD 1-800-735-2989 or TDY 512-463-7284)  http://www.rrc.state.tx.us

CHRISTI CRADDICK, CHAIRMAN
RYAN SITTON, COMMISSIONER
WAYNE CHRISTIAN, COMMISSIONER

LORI WROTENBERY
DIRECTOR, O&G DIVISION



# Railroad Commission of Texas
## Oil & Gas Division
MARCH 6, 2017

CERTIFIED MAIL NO.    70150640000625567332
GILLIAM PARTNERS, L.P.
2007 N COLLINS BLVD STE 501

RICHARDSON    TX 75080

RE:    Organization Report (Form P-5) Filing
       GILLIAM PARTNERS, L.P.                   (306115)
       Renewal Date: DECEMBER 1, 2016

Dear Operator:

Previously, the Commission received filings related to renewal of your Organization Report (Form P-5). After review, the P-5 Financial Assurance Unit determined that your renewal should be denied solely because you had not met the inactive well requirements contained in Statewide Rule 15. You were sent notification that you had an additional 90 days from the expiration of your prior organization report to comply with those requirements.

The P-5 Financial Assurance Unit has reviewed current Commission records and has determined that you remain non-compliant with the inactive well requirements of Rule 15. Attached is a listing of your inactive wells that do not meet those requirements, indicating the reasons for this determination. **Please be advised that you have 30 days from the date of this letter to request a hearing regarding this determination, should you wish to do so.** Your prior Organization Report approval has been extended to allow you to continue normal operations during this 30-day period. (Please note that this extension will not change your P-5 annual cycle.) **If a request for hearing is not received timely and you remain out of compliance with Rule 15, the Commission will deny renewal of your P-5 Organization Report.**

**If an order denying renewal of your P-5 Organization Report is issued and becomes final (either due to failure to timely request a hearing or following completion of the hearing process), you will no longer be able to conduct operations subject to the Commission's jurisdiction. All P-4 Certificates of Compliance will be canceled and a severance of pipeline or other carrier connection will be issued. Further, collection of your financial security will begin and further enforcement actions (including administrative penalties of up to $10,000 per violation per day) for noncompliance with Commission rules.**

As required by Statewide Rule 15, your request for hearing in this matter must be filed with the Commission's Office of General Counsel, Hearings Section, Docket Services, PO Box 12967, Austin Texas 78711. **Your request must include a nonrefundable $4,500 hearing fee; your request and fee must be received in Docket Services within the 30-day period.** You must also include a list of affected persons to be given notice of the hearing, including yourself (and any representatives) along with the owners of the surface estate of each tract on which a non-compliant well is located.

The Commission's website (http://webapps2.rrc.state.tx.us/EWA/) includes a "P-5 Renewal Status Query" that will allow you to monitor your progress and determine what steps remain outstanding during this process. Your P-5 renewal packet included information on Inactive Well requirements; those documents are also posted on the Commission's website for your reference.

This letter was sent by certified mail; an identical copy was also sent to the operator by first class U.S. mail.

Sincerely,
P-5 Financial Assurance Unit
(512) 463-6772 / P5@rrc.state.tx.us

Attachment

RRCP5-30

GILLIAM PARTNERS, L.P.

MARCH 6, 2017

Page:  1

| API Number | District | ID Number | Lease Name | Well Number |
|---|---|---|---|---|
| 009 40732 | 09 | 28530 | MONOHAN | 9M |
| No approved W-3X on file | | | | |
| 009 81307 | 09 | 28530 | MONOHAN | 23 |
| No approved W-3X on file | | | | |
| 237 09606 | 09 | 03297 | MOORE | 9 |
| No approved W-3X on file | | | | |
| 237 09709 | 09 | 03297 | MOORE | 4 |
| No approved W-3X on file | | | | |
| 237 09711 | 09 | 03297 | MOORE | 6 |
| No approved W-3X on file | | | | |
| 237 30539 | 09 | 03297 | MOORE | 23 |
| No approved W-3X on file | | | | |
| 237 31175 | 09 | 03297 | MOORE | 20 |
| No approved W-3X on file | | | | |
| 237 31176 | 09 | 03297 | MOORE | 21 |
| No approved W-3X on file | | | | |
| 237 31177 | 09 | 03297 | MOORE | 22 |
| No approved W-3X on file | | | | |
| 237 33406 | 09 | 03297 | MOORE | 27 |
| No approved W-3X on file | | | | |
| 237 33407 | 09 | 03297 | MOORE | 28 |
| No approved W-3X on file | | | | |
| 237 34639 | 09 | 03297 | MOORE | 30 |
| No approved W-3X on file | | | | |
| 237 80960 | 09 | 03297 | MOORE | 1 |
| No approved W-3X on file | | | | |
| 237 80961 | 09 | 03297 | MOORE | 2 |
| No approved W-3X on file | | | | |
| 237 80962 | 09 | 03297 | MOORE | 3 |
| No approved W-3X on file | | | | |
| 237 80964 | 09 | 03297 | MOORE | 5 |
| No approved W-3X on file | | | | |
| 237 80966 | 09 | 03297 | MOORE | 7 |
| No approved W-3X on file | | | | |
| 237 80967 | 09 | 03297 | MOORE | 8 |
| No approved W-3X on file | | | | |
| 237 80969 | 09 | 03297 | MOORE | 10 |
| No approved W-3X on file | | | | |

GILLIAM PARTNERS, L.P.
MARCH  6, 2017

Page:   2

| API Number | District | ID Number | Lease Name | Well Number |
|---|---|---|---|---|
| 237 80971 | 09 | 03297 | MOORE | 12 |
| No approved W-3X on file | | | | |
| 237 80972 | 09 | 03297 | MOORE | 13 |
| No approved W-3X on file | | | | |
| 237 80973 | 09 | 03297 | MOORE | 14 |
| No approved W-3X on file | | | | |
| 237 80974 | 09 | 03297 | MOORE | 15 |
| No approved W-3X on file | | | | |
| 237 80976 | 09 | 03297 | MOORE | A  1 |
| No approved W-3X on file | | | | |
| 237 82625 | 09 | 12804 | CARTER, NETTIE | 3 |
| Surface equipment must be removed  (certify on Form W-3C) | | | | |
| No approved W-3X on file | | | | |
| 237 82629 | 09 | 12804 | CARTER, NETTIE | 7S |
| Surface equipment must be removed  (certify on Form W-3C) | | | | |
| No approved W-3X on file | | | | |
| 237 82638 | 09 | 12804 | CARTER, NETTIE | 15 |
| Surface equipment must be removed  (certify on Form W-3C) | | | | |
| No approved W-3X on file | | | | |
| 237 82640 | 09 | 12804 | CARTER, NETTIE | 16 |
| Surface equipment must be removed  (certify on Form W-3C) | | | | |
| No approved W-3X on file | | | | |

# RAILROAD COMMISSION OF TEXAS
## OIL AND GAS DIVISION

CHRISTI CRADDICK, CHAIRMAN
RYAN SITTON, COMMISSIONER
WAYNE CHRISTIAN, COMMISSIONER



LORI WROTENBERY
DIRECTOR, O&G DIVISION
SANTOS GONZALES, JR., P. E.
ASST. DIR. FIELD OPERATIONS

| 1701 N. CONGRESS | CAPITOL STATION - P.O. BOX 12967 AUSTIN, TEXAS 78711-2967 |

MARCH 20, 2017

LEASE OPERATOR
ROCK ENERGY RESOURCES, LLC
2007 N COLLINS BLVD STE 501
RICHARDSON    TX    75080

RE:   CANCELLATION OF P-4 CERTIFICATE OF COMPLIANCE
      AND SEVERANCE OF PIPELINE OR OTHER CARRIER CONNECTION
      ----------------------------------------------------
      RRC DISTRICT: 09    RRC LEASE NO.: 32889
      FIELD: WICHITA COUNTY REGULAR
      LEASE NAME: PERKINS
      COUNTY: WICHITA

THE REFERENCED LEASE IS CURRENTLY IN VIOLATION OF RAILROAD COMMISSION
RULES AND REGULATIONS.  THEREFORE, PURSUANT TO THE NOTICE LETTER ISSUED
10/10/2016, THE P-4 CERTIFICATE OF COMPLIANCE IS CANCELED.  YOU ARE
DIRECTED TO DISCONNECT THE PIPELINE OR OTHER CARRIER CONNECTION.  ALL
PRODUCTION MUST CEASE IMMEDIATELY.  THE CERTIFICATE MAY BE REISSUED
UPON CORRECTION OF THE VIOLATIONS LISTED BELOW.

VIOLATION(S):   VIOLATION OF STATEWIDE RULE(S):
                8,    14, 9/46,    3,
                13.
                POST SIGNS,EMPTY BACKFILL/COMPAC
                T PITS,EQUIP #3 WTHPROPER WELL H
                EAD ASMBLY,SCHED MAND WITNESSED

DIRECT ALL INQUIRIES TO:   FIELD OPERATIONS DIST. 09 OFFICE
                           PHONE (940)723-2153

---

THE COMMISSION MAY NOT ISSUE A NEW CERTIFICATE OF COMPLIANCE UNTIL THE
OPERATOR SUBMITS TO THE COMMISSION A NON-REFUNDABLE FEE OF $750 FOR EACH
SEVERANCE OR SEAL ORDER ISSUED.  IT IS UNLAWFUL FOR THE OPERATOR TO USE
A WELL FOR PRODUCTION, INJECTION, OR DISPOSAL, OR FOR A GATHERER TO
TRANSPORT OIL OR GAS FROM THE LEASE UNTIL A NEW CERTIFICATE OF COMPLIANCE
HAS BEEN ISSUED.  THE COMMISSION MAY IMPOSE AN ADMINISTRATIVE PENALTY OF
UP TO $10,000 FOR EACH VIOLATION OF THIS PROHIBITION.
    *** RETURN PAYMENT WITH THIS LETTER, ATTN: CENTRAL FEE RECEIPTS ***
       *** MAKE CHECKS PAYABLE TO RAILROAD COMMISSION OF TEXAS ***

An Equal Opportunity Employer (TDD 1-800-735-2989 or TDY 512-463-7284) http://www.rrc.state.tx.us

Christi Craddick, CHAIRMAN
Ryan Sitton, COMMISSIONER
Wayne Christian, COMMISSIONER



Lori Wrotenbery
DIRECTOR, OIL AND GAS DIVISION

# RAILROAD COMMISSION OF TEXAS

| 1701 NORTH CONGRESS AVENUE | POST OFFICE BOX 12967 AUSTIN, TX 78711-2967 | 512-463-6838 |

## OIL AND GAS DIVISION
March 20, 2017

ROCK ENERGY RESOURCES, LLC
2007 N COLLINS BLVD STE 501
RICHARDSON, TX 75080

RE: Notice of delinquent and discrepant production reports (Form PR)

You are requested to file or correct the below mentioned Form PR report(s) within thirty (30) days to avoid cancellation of the P-4 Certificate of Compliance and Severance or Seal Order.
If an unsatisfied Severance or Seal Order is currently in effect and you have produced a well in violation of that order, please be advised that you must obtain re-issuance of the P-4 Certificate of Compliance (by resolving all violations and paying all reconnect fees) within thirty (30) days of this notice to avoid further Enforcement action related to illegal production.

Please refer to the following web page for detailed explanations of discrepancies:
    http://www.rrc.texas.gov/formpr/discrep_detail.html
For filing or correcting reports on-line:
    http://www.rrc.texas.gov/electronic_filing/electronic_filing.html

Please refer inquiries to the Production Department at productionreporting-info@rrc.texas.gov or by telephone at 512-463-6726.

| Field Name<br>Lease Name | Well | RRC ID | C P # | MM/YY | Discrepancy / Delinquent |
|---|---|---|---|---|---|
| **District 09:** | | | | | |
| ARCHER COUNTY REGULAR | | | | | |
| BROWN, H. E. -A- | | 20162 | | 01/2017 | Delinquent report |
| WICHITA COUNTY REGULAR | | | | | |
| WARREN, F. P. | | 05084 | | 01/2017 | Delinquent report |
| HILL | | 15858 | | 01/2017 | Delinquent report |
| PRESTON | | 16890 | | 01/2017 | Delinquent report |
| BIRK, C. ESTATE | | 16932 | | 01/2017 | Delinquent report |
| KEBMC | | 19331 | | 01/2017 | Delinquent report |

Christi Craddick, CHAIRMAN
Ryan Sitton, COMMISSIONER
Wayne Christian, COMMISSIONER



Lori Wrotenbery
DIRECTOR, OIL AND GAS DIVISION

# RAILROAD COMMISSION OF TEXAS

| 1701 NORTH CONGRESS AVENUE | POST OFFICE BOX 12967  AUSTIN, TX 78711-2967 | 512-463-6838 |

## OIL AND GAS DIVISION
March 20, 2017

GAMBILL ENERGY, LLC
2007 N COLLINS BLVD STE 501
RICHARDSON, TX  75080

RE: Notice of delinquent and discrepant production reports (Form PR)

You are requested to file or correct the below mentioned Form PR report(s) within thirty (30) days to avoid cancellation of the P-4 Certificate of Compliance and Severance or Seal Order.
If an unsatisfied Severance or Seal Order is currently in effect and you have produced a well in violation of that order, please be advised that you must obtain re-issuance of the P-4 Certificate
of Compliance (by resolving all violations and paying all reconnect fees) within thirty (30) days of this notice to avoid further Enforcement action related to illegal production.

Please refer to the following web page for detailed explanations of discrepancies:
   http://www.rrc.texas.gov/formpr/discrep_detail.html
For filing or correcting reports on-line:
   http://www.rrc.texas.gov/electronic_filing/electronic_filing.html

Please refer inquiries to the Production Department at productionreporting-info@rrc.texas.gov or by telephone at 512-463-6726.

| Field Name<br>Lease Name | Well | RRC ID | C P # | MM/YY | Discrepancy / Delinquent |
|---|---|---|---|---|---|
| **District 09:** | | | | | |
| WICHITA COUNTY REGULAR | | | | | |
| STRINGER, SUE | | 04997 | | 01/2017 | Delinquent report |
| CROW, W. E. | | 05154 | | 01/2017 | Delinquent report |

CHRISTI CRADDICK, CHAIRMAN                                    LORI WROTENBERY
RYAN SITTON, COMMISSIONER                              DIRECTOR, O&G DIVISION
WAYNE CHRISTIAN, COMMISSIONER


OIL  AND  GAS  DIVISION
March 22, 2017

ROCK ENERGY RESOURCES, LLC
2007 N COLLINS BLVD STE 501
RICHARDSON      TX      75080


RE:   Notice of Requirement to file Annual Disposal/Injection Well
      Monitoring Report(s) (Form H-10)


Attached is a listing of H-10 filings that will be due in the near future.
A Form H-10 must be completed and filed by the operator for each well included
on the attached list and accepted by the Railroad Commission's Austin office by
the due date indicated in order to comply with this reporting requirement.

The Form H-10 may be filed electronically (Online or EDI) at:

https://webapps.rrc.texas.gov/security/login.do

Or, if preferred, a paper version of the blank, pre-populated, Form H-10 for
each of the listed wells may be printed individually at:

http://webapps.rrc.texas.gov/H10/h10PublicMain.do

Failure to file the Form H-10 as directed may result in revocation of the
Producer's Transportation Authority and Certificate of Compliance (Form P-4) for
each lease on which the listed wells are located.

Operators will be notified of each violation of each well's permitted operating
conditions that may be identified upon processing the Forms H-10. Operators may
be allowed to correct indicated violations by submitting corrected or revised
Forms H-10 within 30 days of the date of the notice of violation. The Commission
may require documentation to support corrected or revised Forms H-10.

In addition, failure to respond to each notice of violation may result in the
automatic referral of the violation(s) to the Commission's Legal Enforcement
Section for the consideration of further enforcement action to include the
possible assessment of administrative penalties and/or permit termination.

ROCK ENERGY RESOURCES, LLC
H-10's due   July 1, 2017    for Cycle Months: June      2016 - May       2017

District:  09
Field Name: WICHITA COUNTY REGULAR

| Lease Name | Well | Gas ID/ Lease # | UIC Nbr |
|---|---|---|---|
| WARREN,  F.  P. | 1W | 05084 | 000082366 |
| WARREN,  F.  P. | 13 D | 05084 | 000044770 |
| HILL | 2 | 15858 | 000045025 |
| HILL | 16W | 15858 | 000035871 |
| HILL | 25 | 15858 | 000045023 |
| HILL | 28D | 15858 | 000035872 |
| PRESTON | 6 | 16890 | 000096684 |
| PERKINS | 1L | 32889 | 000075036 |
| PERKINS | 2 | 32889 | 000052656 |

# RAILROAD COMMISSION OF TEXAS
### OIL  AND  GAS  DIVISION

CHRISTI CRADDICK, CHAIRMAN
RYAN SITTON, COMMISSIONER
WAYNE CHRISTIAN, COMMISSIONER



LORI WROTENBERY
DIRECTOR, O&G DIVISION

| 1701 N. CONGRESS | CAPITOL STATION - P.O. BOX 12967 AUSTIN, TEXAS 78711-2967 |
|---|---|

March 22, 2017

ROCK ENERGY RESOURCES, LLC
2007 N COLLINS BLVD STE 501
RICHARDSON     TX   75080

RE:   Notice to file Gas Well Status Report(Form G-10) and/or
      Oil Well Status Report(Form W-10)

Attached is a listing of required G-10/W-10 filings that will be due in
the near future. Please note pre-printed forms will no longer be mailed.

To file forms electronically through the RRC Online System, an operator
must first assign a Security Administrator for their organization by
submitting to the Commission an original hardcopy Security Administrator
Designation(SAD) form. The designated Security Administrator may then
create filer accounts with appropriate rights for staff within that
organization enabling them to file forms electronically through the RRC
Online Systems.

For existing users with accounts in the RRC Online System, your
company's Security Administrator simply needs to assign the additional
filing rights to give you access to the Online G-10 & W-10 System.

It is highly recommended to file these forms electronically as the
online system will perform an audit of the forms to ensure all required
data is being submitted. By filing electronically, your reports will be
processed within 24 hours following your submission. If  you wish to
continue filing hard copy forms, you will need to print and fill out the
G-10 and/or W-10. These forms are available via our website under
FORMS - http://www.rrc.texas.gov/oil-gas/forms/oil-gas-forms-library/

If you have question about the new filing system, please contact the
Well Compliance Unit of the Administrative Compliance Section of the
Railroad Commission at (512)463-6975 or by email at WCU@rrc.texas.gov
for more information.

ROCK ENERGY RESOURCES, LLC                                    PAGE   1

DISTRICT:   09

FIELD NAME: WICHITA COUNTY REGULAR
W-10 DUE JUL 1, 2017    EFF AUG 1, 2017    TEST JANUARY - JUNE

| LEASE NAME | WELL | GAS ID/ LEASE # |
|------------|------|-----------------|
| WARREN, F. P. | 4 | 05084 |
| WARREN, F. P. | 5 | 05084 |
| WARREN, F. P. | 5 D | 05084 |
| WARREN, F. P. | 6 | 05084 |
| WARREN, F. P. | 6 D | 05084 |
| WARREN, F. P. | 7 | 05084 |
| WARREN, F. P. | 8 | 05084 |
| WARREN, F. P. | 9 | 05084 |
| WARREN, F. P. | 9 D | 05084 |
| WARREN, F. P. | 10 | 05084 |
| WARREN, F. P. | 12 | 05084 |
| WARREN, F. P. | 13 | 05084 |
| WARREN, F. P. | 14 | 05084 |
| WARREN, F. P. | 14 D | 05084 |
| WARREN, F. P. | 15 | 05084 |
| WARREN, F. P. | 16 | 05084 |
| WARREN, F. P. | 17 | 05084 |
| WARREN, F. P. | 18 | 05084 |
| WARREN, F. P. | 19 | 05084 |
| WARREN, F. P. | 20 | 05084 |
| WARREN, F. P. | 21 | 05084 |
| HILL | 1 | 15858 |
| HILL | 5 | 15858 |
| HILL | 6 | 15858 |
| HILL | 8 | 15858 |
| HILL | 9 | 15858 |
| HILL | 11 | 15858 |
| HILL | 13 | 15858 |
| HILL | 14 | 15858 |
| HILL | 15 | 15858 |
| HILL | 17 | 15858 |
| HILL | 18 | 15858 |
| HILL | 20 | 15858 |
| HILL | 21 | 15858 |
| HILL | 22 | 15858 |
| HILL | 24 | 15858 |
| HILL | 26 | 15858 |
| HILL | 29 | 15858 |
| HILL | 31 | 15858 |
| HILL | 32 | 15858 |
| HILL | 35 | 15858 |
| HILL | 36 | 15858 |
| HILL | 37 | 15058 |
| HILL | 40 | 15858 |
| HILL | 41 | 15858 |
| HILL | 42 | 15858 |
| HILL | 43 | 15858 |

ROCK ENERGY RESOURCES, LLC                                    PAGE   2

DISTRICT:  09

FIELD NAME: WICHITA COUNTY REGULAR
W-10 DUE JUL 1, 2017    EFF AUG 1, 2017    TEST JANUARY - JUNE

| LEASE NAME | WELL | GAS ID/ LEASE # |
|------------|------|-----------------|
| HILL | 45 | 15858 |
| HILL | 46 | 15858 |
| PRESTON | 1 | 16890 |
| PRESTON | 2 | 16890 |
| PRESTON | 4 | 16890 |
| PRESTON | 5 | 16890 |
| PRESTON | 9 | 16890 |
| PRESTON | 10 | 16890 |
| PRESTON | 15 | 16890 |
| PRESTON | 17 | 16890 |
| PRESTON | 18 | 16890 |
| PRESTON | 19 | 16890 |
| BIRK,  C. ESTATE | 1 | 16932 |
| BIRK,  C. ESTATE | 2 | 16932 |
| BIRK,  C. ESTATE | 3 | 16932 |
| BIRK,  C. ESTATE | 4 | 16932 |
| BIRK,  C. ESTATE | 6 | 16932 |
| BIRK,  C. ESTATE | 9 | 16932 |
| BIRK,  C. ESTATE | 10 | 16932 |
| BIRK,  C. ESTATE | 11 | 16932 |
| BIRK,  C. ESTATE | 13 | 16932 |
| KEBMC | 1 | 19331 |
| KEBMC | 2 | 19331 |
| KEBMC | 4 | 19331 |
| KEBMC | 7 | 19331 |
| KEBMC | 9 | 19331 |
| KEBMC | 10 | 19331 |
| KEBMC | 12 | 19331 |
| KEBMC | 13 | 19331 |
| KEBMC | 14 | 19331 |
| PERKINS | 1 | 32889 |
| PERKINS | 2L | 32889 |
| PERKINS | 3 | 32889 |
| PERKINS | 4L | 32889 |
| PERKINS | 6L | 32889 |
| PERKINS | 8 | 32889 |

CHRISTI CRADDICK, CHAIRMAN                                          LORI WROTENBERY
RYAN SITTON, COMMISSIONER                                     DIRECTOR, O&G DIVISION
WAYNE CHRISTIAN, COMMISSIONER


OIL  AND  GAS  DIVISION
March 22, 2017


GAMBILL ENERGY, LLC
2007 N COLLINS BLVD STE 501
RICHARDSON      TX      75080


RE:    Notice of Requirement to file Annual Disposal/Injection Well
       Monitoring Report(s) (Form H-10)


Attached is a listing of H-10 filings that will be due in the near future.
A Form H-10 must be completed and filed by the operator for each well included
on the attached list and accepted by the Railroad Commission's Austin office by
the due date indicated in order to comply with this reporting requirement.

The Form H-10 may be filed electronically (Online or EDI) at:

https://webapps.rrc.texas.gov/security/login.do

Or, if preferred, a paper version of the blank, pre-populated, Form H-10 for
each of the listed wells may be printed individually at:

http://webapps.rrc.texas.gov/H10/h10PublicMain.do

Failure to file the Form H-10 as directed may result in revocation of the
Producer's Transportation Authority and Certificate of Compliance (Form P-4) for
each lease on which the listed wells are located.

Operators will be notified of each violation of each well's permitted operating
conditions that may be identified upon processing the Forms H-10. Operators may
be allowed to correct indicated violations by submitting corrected or revised
Forms H-10 within 30 days of the date of the notice of violation. The Commission
may require documentation to support corrected or revised Forms H-10.

In addition, failure to respond to each notice of violation may result in the
automatic referral of the violation(s) to the Commission's Legal Enforcement
Section for the consideration of further enforcement action to include the
possible assessment of administrative penalties and/or permit termination.

GAMBILL ENERGY, LLC
H-10's due   July 1, 2017    for Cycle Months: June      2016 - May      2017

District:  09
Field Name: WICHITA COUNTY REGULAR

| Lease Name | Well | Gas ID/ Lease # | UIC Nbr |
|---|---|---|---|
| SMITH, J. D. | 3 | 04996 | 000035054 |
| SMITH, J. D. | 4 | 04996 | 000035055 |
| RED RIVER OIL COMPANY, ETAL | 2 | 09341 | 000036293 |

# RAILROAD COMMISSION OF TEXAS
### OIL   AND   GAS   DIVISION

CHRISTI CRADDICK, CHAIRMAN
RYAN SITTON, COMMISSIONER
WAYNE CHRISTIAN, COMMISSIONER



LORI WROTENBERY
DIRECTOR, O&G DIVISION

---

**1701 N. CONGRESS**      **CAPITOL STATION - P.O. BOX 12967 AUSTIN, TEXAS 78711-2967**

---

March 22, 2017

GAMBILL ENERGY, LLC
2007 N COLLINS BLVD STE 501
RICHARDSON    TX   75080

RE:   Notice to file Gas Well Status Report(Form G-10) and/or
      Oil Well Status Report(Form W-10)

Attached is a listing of required G-10/W-10 filings that will be due in
the near future. Please note pre-printed forms will no longer be mailed.

To file forms electronically through the RRC Online System, an operator
must first assign a Security Administrator for their organization by
submitting to the Commission an original hardcopy Security Administrator
Designation(SAD) form. The designated Security Administrator may then
create filer accounts with appropriate rights for staff within that
organization enabling them to file forms electronically through the RRC
Online Systems.

For existing users with accounts in the RRC Online System, your
company's Security Administrator simply needs to assign the additional
filing rights to give you access to the Online G-10 & W-10 System.

It is highly recommended to file these forms electronically as the
online system will perform an audit of the forms to ensure all required
data is being submitted. By filing electronically, your reports will be
processed within 24 hours following your submission. If  you wish to
continue filing hard copy forms, you will need to print and fill out the
G-10 and/or W-10. These forms are available via our website under
FORMS - http://www.rrc.texas.gov/oil-gas/forms/oil-gas-forms-library/

If you have question about the new filing system, please contact the
Well Compliance Unit of the Administrative Compliance Section of the
Railroad Commission at (512)463-6975 or by email at WCU@rrc.texas.gov
for more information.

---

GAMBILL ENERGY, LLC                                          PAGE  1

DISTRICT:  09

FIELD NAME: WICHITA COUNTY REGULAR
W-10 DUE JUL 1, 2017    EFF AUG 1, 2017    TEST JANUARY - JUNE

| LEASE NAME | WELL | GAS ID/ LEASE # |
|---|---|---|
| SMITH, J. D. | 1 | 04996 |
| SMITH, J. D. | 2 | 04996 |
| STRINGER, SUE | 1 | 04997 |
| STRINGER, SUE | 2 | 04997 |
| STRINGER, SUE | 3 | 04997 |
| STRINGER, SUE | 4 | 04997 |
| STRINGER, SUE | 5A | 04997 |
| STRINGER, SUE | 6A | 04997 |
| STRINGER, SUE | 8 | 04997 |
| STRINGER, SUE | 9 | 04997 |
| STRINGER, SUE | 10 | 04997 |
| STRINGER, SUE | 12 | 04997 |
| CROW, W. E. | 1 | 05154 |
| CROW, W. E. | 4 | 05154 |
| CROW, W. E. | 10 | 05154 |
| CROW, W. E. | 11R | 05154 |
| CROW, W. E. | 12 | 05154 |
| CROW, W. E. | 14 | 05154 |
| CROW, W. E. | 15 | 05154 |
| CROW, W. E. | 16 | 05154 |
| CROW, W. E. | 17 | 05154 |
| CROW, W. E. | 18 | 05154 |
| CROW, W. E. | 19 | 05154 |
| SMITH, JODIE D. | 1 | 05453 |
| SMITH, JODIE D. | 3 | 05453 |
| SMITH, JODIE D. | 4 | 05453 |
| SMITH, JODIE D. | 5 | 05453 |
| SMITH, JODIE D. | 8 | 05453 |
| SMITH, JODIE D. | 9 | 05453 |
| SMITH, JODIE D. | 12 | 05453 |
| SMITH, JODIE D. | 16 | 05453 |
| SMITH, JODIE D. | 18 | 05453 |
| RED RIVER OIL COMPANY, ETAL | 4 | 09341 |
| RED RIVER OIL COMPANY, ETAL | 5 | 09341 |
| RED RIVER OIL COMPANY, ETAL | 6 | 09341 |
| SUE STRINGER 'B' | 3B | 33219 |

CHRISTI CRADDICK, CHAIRMAN
RYAN SITTON, COMMISSIONER
WAYNE CHRISTIAN, COMMISSIONER



LORI WROTENBERY
DIRECTOR, O&G DIVISION
SANTOS GONZALES, JR., P.E.
ASST. DIR. FIELD OPERATIONS

# Railroad Commission of Texas
# Oil & Gas Division

03/30/2017

ROCK ENERGY RESOURCES, LLC     722811
2007 N COLLINS BLVD STE 501
RICHARDSON    TX     75080

**Dear Operator:**

Re: Testing of Inactive Older Wells Required
**Test Report Due Date: See Attached List**

**Please read this entire letter; it contains important information about your H-15 testing requirements, including changes to the requirements. PLEASE SEE REVERSE SIDE FOR MAILING INSTRUCTIONS.**

According to Railroad Commission records, you are the operator of the inactive wells on the attached listing. Each wellbore must be tested to show no threat of pollution as required by Statewide Rule 15(l).

### Statewide Rule 15

Statewide Rule 15(l) requires that any wellbore 25 years of age or older and inactive one year or more must be tested to ensure it poses no potential pollution threat to natural resources including surface and subsurface water, oil, and gas. The test can be a fluid level test or a mechanical integrity test.

An annual fluid level test must indicate an adequate separation between the deepest usable-quality water strata at the location of the wellbore and the top of fluid in the wellbore. As an alternative to the annual fluid level test, you may perform a **mechanical integrity test**. If the integrity test is successful, no other test is required for up to five years. A mechanical integrity test that has been conducted successfully within the preceding five years where the results are on file with the Commission may be acceptable.

For a well to be returned to "Active" status, SWR (15)(a)(1) specifies, in part, "the well remains inactive, regardless of any minimal activity, until the well has reported production of at least 10 barrels of oil for oil wells or 100 mcf of gas for gas wells each month for at least three consecutive months." A W-10, retest, must be filed in addition to the production reports.

If the subject well(s) are producing, and do not meet the requirements of SWR 15(a)(1), in lieu of the required H-15 test, you must contact the appropriate district office to request an inspection to verify that the well is in a producing status, and thus will be eligible for a one year exemption to the required test.

After receipt of this notice, test wells and report results as far in advance of the deadline as possible. This will allow prompt review and processing of the reports. Failure to test a well subject to the testing provisions of Statewide Rule 15(l) and report the results by the specified date will result in 14(b)(2) extension cancellations and P-4 certificate of compliance cancellation and pipeline severance, and may also result in legal enforcement referral.

To avoid a pipeline severance, requests for extensions to the H-15 filing deadline **must** be submitted in writing to the Field Operations Section in Austin, after receipt of a certified notice of impending severance, and prior to the specified deadline.

**THE ATTACHED LISTING** includes wells that are now due for testing. It does not include: (1) injection wells with an approved H-5 mechanical integrity test conducted within the past five years; (2) wells with a successful H-15 mechanical integrity test report to the commission within the preceding five years; or (3) wells delinquent or otherwise not yet in compliance with previously required H-15 testing.

The following notations may appear on your listing:

     **"*"**     The identified well is one completion in a multiple-completion inactive wellbore. Only one test and one H-15 report for the wellbore is necessary. Follow instructions on the H-15 when reporting the test.

  **"00/00/00"**     The identified well is one for which Railroad Commission records have no historical wellbore date (drill, spud, or initial completion date). Absence of a historical date indicates an older wellbore; Statewide Rule 15(l) testing is required unless you are able to document that the well is less than 25 years old. File a Form H-15 on a "no date" well even if you do not test it because your records show an age of less than 25 years old. Regardless of whether you test the well, **attach any documentation on the wellbore age you have** so that Commission records may be updated. Copies of old completion papers, well records cards, etc., should be acceptable.

(over)

```
ROCK ENERGY RESOURCES, LLC        722811    03/30/2017    PAGE:      1
*****************************************************************************
INACTIVE WELLS REQUIRING H-15/STATEWIDE RULE 15 TESTING DUE BY  07/01/2017.
*** WELLS FOR WHICH THE COMMISSION RECORDS REFLECT NO HISTORIC DATE ***
                                                   WELLBORE    AGE   OF
"*" INDICATES MULTIPLE COMPLETION   WELL   API NUMBER   DATE    INACTIVITY
*****************************************************************************
```

DISTRICT:  09
OIL         FIELD:  WICHITA COUNTY REGULAR

05084   WARREN, F. P.

| WELL | | API NUMBER | DATE | AGE OF INACTIVITY |
|---|---|---|---|---|
| 4 | | 48581378 | 00/00/0000 | 13YRS 11MOS |
| 5 | | 48581379 | 00/00/0000 | 13YRS 11MOS |
| 5 | D | 48581380 | 00/00/0000 | 13YRS 11MOS |
| 6 | | 48581381 | 00/00/0000 | 13YRS 11MOS |
| 7 | | 48581383 | 00/00/0000 | 13YRS 11MOS |
| 8 | | 48581384 | 00/00/0000 | 13YRS 11MOS |
| 9 | | 48581385 | 00/00/0000 | 13YRS 11MOS |
| 10 | | 48581387 | 00/00/0000 | 13YRS 11MOS |
| 12 | | 48581389 | 00/00/0000 | 13YRS 11MOS |
| 14 | | 48581392 | 00/00/0000 | 13YRS 11MOS |
| 14 | D | 48581393 | 00/00/0000 | 9YRS 11MOS |
| 15 | | 48581394 | 00/00/0000 | 9YRS 11MOS |
| 16 | | 48581395 | 00/00/0000 | 9YRS 11MOS |
| 17 | | 48581396 | 00/00/0000 | 9YRS 11MOS |
| 19 | | 48581398 | 00/00/0000 | 9YRS 11MOS |

15858   HILL

| WELL | API NUMBER | DATE | AGE OF INACTIVITY |
|---|---|---|---|
| 6 | 48530290 | 03/31/1971 | 10YRS 11MOS |
| 11 | 48530338 | 11/05/1969 | 10YRS 11MOS |
| 13 | 48530759 | 04/05/1971 | 4YRS 08MOS |
| 14 | 48530785 | 11/08/1971 | 10YRS 11MOS |
| 15 | 48530818 | 06/02/1971 | 10YRS 11MOS |
| 17 | 48530910 | 12/02/1971 | 4YRS 08MOS |
| 22 | 48531012 | 12/03/1971 | 4YRS 08MOS |
| 26 | 48531256 | 07/19/1972 | 4YRS 08MOS |
| 31 | 48531605 | 10/08/1973 | 10YRS 11MOS |
| 32 | 48531661 | 10/27/1973 | 10YRS 11MOS |
| 35 | 48531678 | 11/22/1973 | 9YRS 08MOS |
| 36 | 48531782 | 07/16/1974 | 9YRS 08MOS |
| 40 | 48533278 | 08/26/1976 | 9YRS 08MOS |

16890   PRESTON

| WELL | API NUMBER | DATE | AGE OF INACTIVITY |
|---|---|---|---|
| 17 | 48540790 | 01/08/1986 | 11YRS 05MOS |
| 19 | 48541930 | 08/22/1989 | 12YRS 11MOS |
| 15 | 48540543 | 07/29/1985 | 11YRS 05MOS |
| 1 | 48530810 | 07/02/1971 | 11YRS 05MOS |

16932   BIRK, C. ESTATE

| WELL | API NUMBER | DATE | AGE OF INACTIVITY |
|---|---|---|---|
| 1 | 48531322 | 10/16/1972 | 2YRS 08MOS |
| 10 | 48533280 | 08/24/1976 | 2YRS 08MOS |
| 11 | 48533325 | 07/19/1977 | 9YRS 08MOS |
| 6 | 48531950 | 08/23/1974 | 2YRS 08MOS |
| 9 | 48532471 | 08/25/1975 | 2YRS 08MOS |

```
     ROCK ENERGY RESOURCES, LLC         722811    03/30/2017    PAGE:     2
*********************************************************************************
INACTIVE WELLS REQUIRING H-15/STATEWIDE RULE 15 TESTING DUE BY  07/01/2017.
*** WELLS FOR WHICH THE COMMISSION RECORDS REFLECT NO HISTORIC DATE ***
                                                  WELLBORE      AGE  OF
"*" INDICATES MULTIPLE COMPLETION   WELL    API NUMBER   DATE    INACTIVITY
*********************************************************************************


     19331   KEBMC
                                     7      48537259   05/07/1981    5YRS 11MOS
                                     4      48535682   09/15/1979    5YRS 11MOS
     32889   PERKINS
                                     1      48536926   12/05/1980    6YRS 07MOS
                                     2L     48539664   01/17/1984    6YRS 07MOS
                                     4L     48539926   07/05/1984    6YRS 07MOS
                                     6L     48540719   11/07/1985    6YRS 07MOS
                                     3      48532865   02/07/1976   19YRS 03MOS
                                     8      48535097   12/01/1978    6YRS 07MOS
```

CHRISTI CRADDICK, CHAIRMAN
RYAN SITTON, COMMISSIONER
WAYNE CHRISTIAN, COMMISSIONER



LORI WROTENBERY
DIRECTOR, O&G DIVISION
SANTOS GONZALES, JR., P.E.
ASST. DIR. FIELD OPERATIONS

# Railroad Commission of Texas
## Oil & Gas Division

03/30/2017

GAMBILL ENERGY, LLC                    293413
2007 N COLLINS BLVD STE 501
RICHARDSON     TX     75080

**Dear Operator:**

Re: Testing of Inactive Older Wells Required
**Test Report Due Date: See Attached List**

**Please read this entire letter; it contains important information about your H-15 testing requirements, including changes to the requirements. PLEASE SEE REVERSE SIDE FOR MAILING INSTRUCTIONS.**

According to Railroad Commission records, you are the operator of the inactive wells on the attached listing. Each wellbore must be tested to show no threat of pollution as required by Statewide Rule 15(l).

---

**Statewide Rule 15**

Statewide Rule 15(l) requires that any wellbore 25 years of age or older and inactive one year or more must be tested to ensure it poses no potential pollution threat to natural resources including surface and subsurface water, oil, and gas. The test can be a fluid level test or a mechanical integrity test.

An annual fluid level test must indicate an adequate separation between the deepest usable-quality water strata at the location of the wellbore and the top of fluid in the wellbore. As an alternative to the annual fluid level test, you may perform a **mechanical integrity test**. If the integrity test is successful, no other test is required for up to five years. A mechanical integrity test that has been conducted successfully within the preceding five years where the results are on file with the Commission may be acceptable.

For a well to be returned to "Active" status, SWR (15)(a)(1) specifies, in part, "the well remains inactive, regardless of any minimal activity, until the well has reported production of at least 10 barrels of oil for oil wells or 100 mcf of gas for gas wells each month for at least three consecutive months." A W-10, retest, must be filed in addition to the production reports.

If the subject well(s) are producing, and do not meet the requirements of SWR 15(a)(1), in lieu of the required H-15 test, you must contact the appropriate district office to request an inspection to verify that the well is in a producing status, and thus will be eligible for a one year exemption to the required test.

After receipt of this notice, test wells and report results as far in advance of the deadline as possible. This will allow prompt review and processing of the reports. Failure to test a well subject to the testing provisions of Statewide Rule 15(l) and report the results by the specified date will result in 14(b)(2) extension cancellations and P-4 certificate of compliance cancellation and pipeline severance, and may also result in legal enforcement referral.

To avoid a pipeline severance, requests for extensions to the H-15 filing deadline must be submitted in writing to the Field Operations Section in Austin, after receipt of a certified notice of impending severance, and prior to the specified deadline.

---

**THE ATTACHED LISTING** includes wells that are now due for testing. It does not include: (1) injection wells with an approved H-5 mechanical integrity test conducted within the past five years; (2) wells with a successful H-15 mechanical integrity test report to the commission within the preceding five years; or (3) wells delinquent or otherwise not yet in compliance with previously required H-15 testing.

The following notations may appear on your listing:

"*"       The identified well is one completion in a multiple-completion inactive wellbore. Only one test and one H-15 report for the wellbore is necessary. Follow instructions on the H-15 when reporting the test.

"00/00/00"     The identified well is one for which Railroad Commission records have no historical wellbore date (drill, spud, or initial completion date). Absence of a historical date indicates an older wellbore; Statewide Rule 15(l) testing is required unless you are able to document that the well is less than 25 years old. File a Form H-15 on a "no date" well even if you do not test it because your records show an age of less than 25 years old. Regardless of whether you test the well, **attach any documentation on the wellbore age you have** so that Commission records may be updated. Copies of old completion papers, well records cards, etc., should be acceptable.

(over)

```
   GAMBILL ENERGY, LLC              293413   03/30/2017   PAGE:    1
**********************************************************************
INACTIVE WELLS REQUIRING H-15/STATEWIDE RULE 15 TESTING DUE BY 07/01/2017.
*** WELLS FOR WHICH THE COMMISSION RECORDS REFLECT NO HISTORIC DATE ***
                                              WELLBORE    AGE  OF
"*" INDICATES MULTIPLE COMPLETION   WELL   API NUMBER   DATE    INACTIVITY
**********************************************************************
```

DISTRICT: 09
OIL     FIELD: WICHITA COUNTY REGULAR

| | WELL | API NUMBER | DATE | AGE OF INACTIVITY |
|---|---|---|---|---|
| 04996  SMITH, J. D. | | | | |
| | 1 | 48580521 | 00/00/0000 | 9YRS 04MOS |
| | 2 | 48580522 | 00/00/0000 | 9YRS 04MOS |
| 04997  STRINGER, SUE | | | | |
| | 1 | 48580525 | 00/00/0000 | 6YRS 07MOS |
| | 2 | 48580527 | 00/00/0000 | 3YRS 01MOS |
| | 3 | 48580528 | 00/00/0000 | 6YRS 07MOS |
| | 5A | 48580529 | 00/00/0000 | 6YRS 07MOS |
| | 6A | 48580530 | 00/00/0000 | 5YRS 01MOS |
| | 4 | 48531039 | 02/01/1973 | 6YRS 07MOS |
| | 12 | 48538201 | 07/15/1983 | 6YRS 07MOS |
| | 9 | 48533034 | 10/20/1976 | 6YRS 07MOS |
| | 8 | 48533035 | 06/05/1976 | 3YRS 01MOS |
| | 10 | 48536138 | 12/07/1980 | 6YRS 07MOS |
| 05154  CROW, W. E. | | | | |
| | 18 | 48536620 | 09/15/1980 | 5YRS 01MOS |
| | 17 | 48536621 | 09/13/1980 | 9YRS 08MOS |
| | 19 | 48536811 | 11/10/1980 | 6YRS 04MOS |
| | 14 | 48531720 | 01/24/1975 | 1YRS 07MOS |
| | 15 | 48532094 | 01/15/1975 | 6YRS 07MOS |
| | 1 | 48581859 | 00/00/0000 | 9YRS 08MOS |
| | 4 | 48581861 | 00/00/0000 | 10YRS 10MOS |
| | 10 | 48581862 | 07/12/1948 | 1YRS 07MOS |
| | 11R | 48581863 | 10/25/1948 | 1YRS 07MOS |
| | 12 | 48581864 | 00/00/0000 | 9YRS 08MOS |
| | 16 | 48581865 | 00/00/0000 | 9YRS 08MOS |
| 05453  SMITH, JODIE D. | | | | |
| | 1 | 48584137 | 00/00/0000 | 9YRS 04MOS |
| | 3 | 48584139 | 00/00/0000 | 19YRS 03MOS |
| | 4 | 48584140 | 00/00/0000 | 9YRS 04MOS |
| | 5 | 48584141 | 00/00/0000 | 19YRS 03MOS |
| | 8 | 48584144 | 00/00/0000 | 15YRS 04MOS |
| | 18 | 48539732 | 03/27/1984 | 9YRS 04MOS |
| | 16 | 48537642 | 07/23/1981 | 9YRS 04MOS |
| | 12 | 48505378 | 10/10/1953 | 9YRS 04MOS |
| | 9 | 48511108 | 07/13/1948 | 19YRS 03MOS |

# RAILROAD COMMISSION OF TEXAS
### OIL AND GAS DIVISION

CHRISTI CRADDICK, CHAIRMAN
RYAN SITTON, COMMISSIONER
WAYNE CHRISTIAN, COMMISSIONER



LORI WROTENBERY
DIRECTOR, O&G DIVISION

---

1701 N. CONGRESS | CAPITOL STATION - P.O. BOX 12967 AUSTIN, TEXAS 78711-2967

---

MARCH 31, 2017

LEASE OPERATOR
GILLIAM PARTNERS, L.P.
2007 N COLLINS BLVD STE 501
RICHARDSON    TX    75080


RE:   CANCELLATION OF P-4 CERTIFICATE OF COMPLIANCE
      AND SEVERANCE OF PIPELINE OR OTHER CARRIER CONNECTION
      ------------------------------------------------------
      RRC DISTRICT: 09    RRC LEASE NO.:  12804
      FIELD: JACK COUNTY REGULAR
      LEASE NAME: CARTER, NETTIE
      COUNTY: JACK


THE REFERENCED LEASE IS CURRENTLY IN VIOLATION OF RAILROAD COMMISSION
RULES AND REGULATIONS.  THEREFORE, PURSUANT TO THE NOTICE LETTER ISSUED
03/01/2017, THE P-4 CERTIFICATE OF COMPLIANCE IS CANCELED.  YOU ARE
DIRECTED TO DISCONNECT THE PIPELINE OR OTHER CARRIER CONNECTION.  ALL
PRODUCTION MUST CEASE IMMEDIATELY.  THE CERTIFICATE MAY BE REISSUED
UPON CORRECTION OF THE VIOLATIONS LISTED BELOW.


VIOLATION(S):   VIOLATION SWR:  46 CONCERNING
                FAILURE TO FILE FORM H5-INJ/DIS
                PRESSURE TEST DUE 09/30/2014
                FOR WELL #33

DIRECT ALL INQUIRIES TO:  STEVE SCHMIDT
                          PHONE (512)463-6767


---

THE COMMISSION MAY NOT ISSUE A NEW CERTIFICATE OF COMPLIANCE UNTIL THE
OPERATOR SUBMITS TO THE COMMISSION A NON-REFUNDABLE FEE OF $750 FOR EACH
SEVERANCE OR SEAL ORDER ISSUED.  IT IS UNLAWFUL FOR THE OPERATOR TO USE
A WELL FOR PRODUCTION, INJECTION, OR DISPOSAL, OR FOR A GATHERER TO
TRANSPORT OIL OR GAS FROM THE LEASE UNTIL A NEW CERTIFICATE OF COMPLIANCE
HAS BEEN ISSUED.  THE COMMISSION MAY IMPOSE AN ADMINISTRATIVE PENALTY OF
UP TO $10,000 FOR EACH VIOLATION OF THIS PROHIBITION.
    *** RETURN PAYMENT WITH THIS LETTER, ATTN: CENTRAL FEE RECEIPTS ***
        *** MAKE CHECKS PAYABLE TO RAILROAD COMMISSION OF TEXAS ***

---

Christi Craddick, CHAIRMAN
Ryan Sitton, COMMISSIONER
Wayne Christian, COMMISSIONER



Lori Wrotenbery
DIRECTOR, OIL AND GAS DIVISION

# RAILROAD COMMISSION OF TEXAS

| 1701 NORTH CONGRESS AVENUE | POST OFFICE BOX 12967  AUSTIN, TX 78711-2967 | 512-463-6838 |

## OIL AND GAS DIVISION
February 21, 2017

ROCK ENERGY RESOURCES, LLC
2007 N COLLINS BLVD STE 501
RICHARDSON, TX  75080

RE: Notice of delinquent and discrepant production reports (Form PR)

You are requested to file or correct the below mentioned Form PR report(s) within thirty (30) days to avoid cancellation of the P-4 Certificate of Compliance and Severance or Seal Order.
If an unsatisfied Severance or Seal Order is currently in effect and you have produced a well in violation of that order, please be advised that you must obtain re-issuance of the P-4 Certificate
of Compliance (by resolving all violations and paying all reconnect fees) within thirty (30) days of this notice to avoid further Enforcement action related to illegal production.

Please refer to the following web page for detailed explanations of discrepancies:
    http://www.rrc.texas.gov/formpr/discrep_detail.html
For filing or correcting reports on-line:
    http://www.rrc.texas.gov/electronic_filing/electronic_filing.html

Please refer inquiries to the Production Department at productionreporting-info@rrc.texas.gov or by telephone at 512-463-6726.

| Field Name<br>Lease Name | Well | RRC ID | C P # | MM/YY | Discrepancy / Delinquent |
|---|---|---|---|---|---|
| **District 09:** | | | | | |
| ARCHER COUNTY REGULAR | | | | | |
| BROWN, H. E. -A- | | 20162 | | 12/2016 | Delinquent report |
| WICHITA COUNTY REGULAR | | | | | |
| WARREN, F. P. | | 05084 | | 12/2016 | Delinquent report |
| HILL | | 15858 | | 12/2016 | Delinquent report |
| PRESTON | | 16890 | | 12/2016 | Delinquent report |
| BIRK, C. ESTATE | | 16932 | | 12/2016 | Delinquent report |
| KEBMC | | 19331 | | 12/2016 | Delinquent report |