# Exhibit C



# *Project Overview*
# Gunsight Partnership



**Grace Resources** LLC

www.graceoilandgas.com

Exhibit C to Objection to Schedule A/B Asset

# Partnership Summary

| | |
|---|---|
| Operator: | RWA, LLC |
| Location: | Wichita & Clay County, Texas |
| Prospect: | Gunsight Private Drilling Fund, L.P. |
| Objectives: | Objective I: |

Objective I:

- Acquire 100% working interest in 1,784 net leasehold acres from nine separate leases in Wichita and Clay County, Texas.
- Acquire more than 90 active wellbores
- Increase production by recompleting 15-18 wells (estimated two per lease) and three water disposal wells

To increase the production from these wells, engineers recommend the following recompletion process: replace flowlines and selective water storage tanks; replace downhole pumps, parted rods and tubing leaks; repair electrical equipment and pumping unit motors.

Grace Resources, LLC fully intends to complete Objective I of the Gunsight project before proceeding to raise capital for Objective II. At this time, each partner in the Gunsight partnership will have first right of refusal to buy in to a second partnership (Objective II) and again for the third partnership (Objective III).

(**Note:** Please see page 21 for details of all three Objectives)

**Objective I**
**Turn-key Cost:** $1,090,000

| Ownership Interest: | Before Payout | After Payout |
|---|---|---|
| Investor Lease Average | = 79.5% | 64.5% |
| Managing Partner - Grace Resources, LLC | = 0% | 7.5% |
| Operator - RWA, LLC | = 0% | 7.5% |
| Surface owners lease average royalty | = 20.5% | 20.5% |

(**Note:** Lease averages based off of the nine lease NRI. Exact NRI shown on page 20)

# Table of Contents

Inside Cover - Partnership Summary

Page 2 - Geological Overview and Field History

Page 8 - Field Location and Drilling Diagram

Page 14 - Production History

Page 18 - Gunsight Partnership Economic Details and
ROI of All Three Objectives

Page 22 - Grace Resources as Your Partner

Page 26 - RWA as the Operator



Exhibit C to Objection to Schedule A/B Asset                    Page 003



## 2 Geological Overview & Field History

Exhibit C to Objection to Schedule A/B Asset

## *Geological Overview*

The Gunsight Private Drilling Fund, L.P. was formed to acquire and own:
- Existing oil and gas properties
- Production from these properties
- Undeveloped acreage, which oil and gas has been proven to exist

The program will consist of the following:
- 1,784 total leasehold acres on nine separate leases within Wichita and Clay County, TX
- Production from 97 existing wells
- Increase production by replacing equipment, and production lines
- Offering first right of refusal to the partners to drill additional PUD wells, test deeper formations and to perform secondary waterflood processes to the existing wells.

Benefits of this program to investors:
- Grow the value of the acquired oil and gas properties by utilizing primary and secondary recovery methods
- Generate revenue from the production of future oil and gas wells
- Monthly net cash distributions from the oil and gas operations
- Available oil and gas tax deductions
- First right of refusal to participate in a second (Objective II) and third (Objective III) partnership to rework and drill additional wells on the current leasehold acreage.

Grace Resources, LLC recently acquired long-lasting producing properties in nine separate leases, which are located in North Texas in the counties of Wichita and Clay. The current production is from the Gunsight Sand and Lime structure at a depth of 250-2,200 feet. These multiple lenticular sands have produced in this area for more than 60 years and are still producing in commercial quantities today. The wells on these properties currently average 2 to 3 barrels of oil per day.

The goal of the Gunsight program is to increase the existing production by recompleting the wells and increasing water injection to improve reservoir pressure. Engineers have tested these leases in the fourth quarter of 2011 and have concluded that there is an opportunity for increased production due to the lack of maintenance and poor operations on the wells.

### Lease Recompletions

The leases mentioned below have been acquired by Grace Resources, LLC. The previous investment group was undercapitalized and quit working on these leases 3-4 years ago. However, the leases have been kept in compliance with the Texas Railroad Commission. Most of the wells on the leases need to be recompleted and placed back on production. Our goal is to spend the least amount of initial capital possible to recomplete the wells on these leases and potentially achieve a 25-30% increase in

3

Exhibit C to Objection to Schedule A/B Asset                    Page 005

production. Additional drill sites need to be evaluated before new wells could be drilled, which could increase the daily production of the leases. According to the Railroad Commission of Texas, all leases mentioned below are able to produce oil in commercial quantities.

## Hill Lease
- 330 acres
- More than 30 wells drilled (true vertical depth of 280-640 feet)
- Estimated cumulative production: 40,000-50,000 barrels of oil from existing wells
- Goal: recomplete the existing wells back to production and drill into additional zones beyond the current depth of the wells. Current cost to recomplete the wells in this area is approximately $15,000.

## KEMBC Lease
- 320 acres
- More than 10 wells drilled (true vertical depth of 280-640 feet)
- Goal: rework the vacuum systems on the wells, five wells pulled and downhole pumps redressed. Estimated cost per well is $15,000 and should increase production by 20%.

## Birk Lease
- 150 acres
- 5 wells drilled (true vertical depth of 280 feet)
- Goal: rework all five wells with downhole pumps and install new

pump barrels. Estimated cost per well is $12,000 and should increase oil production by 15 barrels per day.

## Warren Lease
- 360 acres
- 18 wells drilled (true vertical depth of 250-1,450 feet)
- Goal: four wells on this lease have been recompleted, were turned on for 20 days and had produced 150 barrels of oil before being shut in. There are two deeper wells that could be added on this lease. We are estimating 160 barrels of oil from these wells once the lease is purchased.

## Preston Lease
- 120 acres
- 10 wells on schedule with the Railroad Commission of Texas (4 have been plugged due to casing issues)
- Goal: to recomplete six of the remaining wells that has not been plugged. Tests from the Railroad Commission of Texas indicated that three of the wells could produce 10 barrels of oil per day.

## Temple Lease
- 160 acres
- 5 wells equipped and ready to produce
- Goal: complete a disposal well that has already been permitted and approved by the Railroad Commission of Texas. Produce from all five wells when the injection well is complete. Historically this lease produced from 3

shallow wells at 1,150 feet. This is a new lease for 3-year primary term.

## Perkins Lease

- 160 acres
- 7 wells drilled (true vertical depth of 1,730-1,800 feet)
- Goal: there is little work needing to be done on this lease because the wells have been reworked. The wells on this lease went down due to the need for new electrical power, which is not in place. There is an option to drill additional wells on this lease.

## Patrick M and C Leases

- 184 acres
- 12 wells drilled (true vertical depth of 250-400 feet)
- Goal: to rework the existing wells and drill into additional zones beyond the current depth of the wells.

## Source and Use of Funds:

| | | |
|---|---|---|
| Buy out Minority Interest: $400,000 10 BOPD Purchase 75% of Blue | | |
| Creeks Interest: | $475,000 | 15 BOPD |
| Allocation for Reworks: | $750,000 | 20 BOPD |
| (50 wells x $15,000 per Well) | | |
| Drill 10 new Wells | $960,000 | 40 BOPD |
| Water Flood | | |
| Hill/Berk/KEBMC | $565,000 | 50 BOPD |

## Petroleum Engineer Review of the Acquired Leases

In June of 2004, Ted Cooper, Petroleum Engineer with more than 50 years of experience in Shallow Stripper production wrote an evaluation of five of the leases

that were acquired. In his review of 50 wells that were completed in formations ranging from depths of 280 to 600 feet, he recommended that additional wells be drilled on a 5-spot pattern and an additional 10 to 15 wells to be drilled and development of the acreage to the South. Increasing the water production of each well by 15% could yield an overall production increase of at least 40-45%. A full waterflood secondary recovery project could increase the production by an additional 25-35%. If all of the necessary production equipment is in place, a secondary recovery project may be initiated very inexpensively. Primary recovery project EUR: 299,418 barrels of oil. Secondary recovery project EUR: 802,136 barrels of oil

5

Since this report was written, there has only been an additional 60,000 barrels produced to date. In 2009, another report was done on the leases that are currently operated under a bond from XO PHI ENERGY, LLC. The report showed a PDP value of 185,000 barrels and a PUD value (including deeper zones to 1,800 feet) of 211,500 barrels. This allocation was made under the primary recovery and gave no report as to the use of waterflood or other forms of secondary recovery methods.

Sources: Railroad Commission of Texas; info. drillinginfo.com; www.texas-drilling.com

Exhibit C to Objection to Schedule A/B Asset     Page 007

*Gunsight Project*
*Wichita County, Texas*
Recommendation by the Experts

*Wilbur E. Hammock, PE, Engineer*
**Summary:** The Gunsight Project owns approximately 1,500 leasehold acres located in Wichita County, TX. The leases consist of approximately 90 wells that are located in the prolific Wichita County Regular field, which is known for hydrocarbon production.

The 90 wells are not currently producing at its optimum level because the operators have not properly treated and maintained production from the wells. However, I believe that these wells are capable of production from the current perforations as well as from multiple zones behind pipe.

It is expected that the wells will be able to recover the remaining primary reserves with a proper recompletion procedure. Cleanout and logging of the wellbores will be necessary in order to prepare the wells for recompletion procedures. If the recompletion process is successful, it should provide a stable long-life cash flow.

**Estimated primary reserves:** The leases have cumulative production in excess of 693,000 barrels of oil as reported to the Railroad Commission of Texas. The producible properties have been evaluated considering both volumetric and decline curve analysis with the

assumption that the wells will continue to operate under projected conditions.

ESTIMATED PRIMARY RESERVES
(barrels of oil)
Proved Developed Producing - 35 wells
Gross:     129,500     Net: 97,150
Proved Developed NonProducing - 30 wells
Gross:     145,450     Net: 109,100
Proved UnDeveloped - 10 wells
Gross:     111,100     Net: 83,350

Notes: All reserves estimates have been prepared using standard engineering practices generally accepted by the petroleum industry and conform to the guidelines adopted by the Society of Petroleum Engineers but are not to be considered as absolute values.

This assessment has been conducted within the context of my understanding of the owner's petroleum property rights as represented. It is based on data and discussions with the owner as well as data obtained from the Texas Railroad Commission. No onsite inspection of the properties has been made by this author.

It should be further understood that the author makes no representation nor guarantee that the results projected herein will be obtained. These projections are best estimates only and should not be considered in any other way.

Exhibit C to Objection to Schedule A/B Asset                    Page 008

### Bob Peterman, Geologist

**Location:** The leased acreage is located ten miles northwest from the town of Wichita Falls, in north central Texas. The primary use of the land is for oil exploration, cattle and agriculture.

**Geology:** The non-permeable Red River Uplift trends east and slightly northwest in the area of the leases. The area has been classified by the United States Geological Survey (USGS) as a Total Petroleum System. Oil and gas are produced from carbonate and clastic rock reservoirs ranging in age from Ordovician to the Permian. The various producing formations are the Upper Pennsylvanian/Permian Clastic, Pennsylvanian Fluvial-Deltaic Sandstone and Conglomerate, Mississippian Pinnacle Reef and the Ordovician Carbonate.

There is no lack of oil and gas in this area. Several of the acquired leases are ideally located up dip and pinch out against the Red River Uplift. These are cumulatively averaging 7 to 10 barrels of oil per day. The production can be increased by merely installing a larger gathering system, lines, and reworking wells, thereby possibly increasing the production to 35 barrels of oil per day or more. The current gathering system piping is too small, which in turn limits the amount of oil that maybe transported daily.

Depths earned are not limited. Deeper prospects exist on north plunging structural noses and should be investigated after restoring and upgrading existing production in the shallower beds. Several operators have drilled for deeper geological horizons and have been successful.

**Recommendation:** It is recommended that the initially nonproducing wells be reentered and completed, and simultaneously piping replaced. Once this is completed, drilling new wells is also recommended. The new wells can be compensated from funds derived from the producing wells if you so desire.

7

Exhibit C to Objection to Schedule A/B Asset          Page 009

# 8 *Field Location and Drilling Diagram*

Exhibit C to Objection to Schedule A/B Asset

Page 010




## Gunsight Project - Wichita and Clay County, Texas



**Wichita & Clay County, Texas**

**GUNSIGHT PROJECT**
1,784 Total Leasehold Acres
90 Active Wells
(estimated)

9

### Wichita County Oil Facts

- Number of wells: 28,683
- Drilling permits: 11,708
- Oil/Gas leases: 1,997
- Producing operators: 1,997

### Clay County Oil Facts

- Number of wells: 8,470
- Drilling permits: 4,929
- Oil/Gas leases: 1,613
- Producing operators: 491



Wichita County, Texas
Oil Production in Barrels by Year

Oil Production



Clay County, Texas
Oil Production in Barrels by Year

Oil Production

Exhibit C to Objection to Schedule A/B Asset                                    Page 011



**Gunsight Project - Wichita County, Texas**

Grace Resources LLC

● Producing Oil Well  ◑ Plugged Oil Well  ○ Active Permitted

**Leases: Hill and KEMBC**
**650 Acres; 40+ Wells**
**Cum. Oil Production: 170,478**

**Lease: Birk**
**150 Acres; 5 Wells**
**Cum. Oil Production: 22,175**

**Lease: Warren**
**360 Acres; 18 Wells**
**Cum. Oil Production: 109,292**

Exhibit C to Objection to Schedule A/B Asset                    Page 012

# Leasehold Acreage

ocation    ⃠ Canceled Location    ⟡ Dry Hole



**Leases: Preston and Perkins**
**280 Acres; 17 Wells**
**Cum. Oil Production: 129,687**

**Lease: Temple**
**160 Acres; 5 Wells**
**Cum. Oil Production: 126,585**

11

Map Source: Railroad Commission of Texas: www.rrc.state.tx.us; Drilling Info: info.drillinginfo.com



## Gunsight Project - Clay County, Texas Leasehold Acreage

**Grace Resources** llc

- ● Producing Oil Well
- ◐ Plugged Oil Well
- ○ Active Permitted Location
- ◌ Canceled Location
- ◇ Dry Hole

**Leases: Patrick M and C**
**184 Acres; 12 Wells**
**Cum. Oil Production: 134,737**

Exhibit C to Objection to Schedule A/B Asset                    Page 014

# The Gunsight Project - 3D Drilling Sample Diagram of a Wichita County Drilling Lease

Grace Resources LLC

**Gunsight Project**
1,784 Leasehold Acres
More than 90 Producing Wells
(estimated)

**Hydraulic Fracturing Diagram**
(2nd Objective)

Possible additional well locations

Producing wells or wells that have been shut in

There are several other active permitted locations in proximity to the Gunsight Project

Water

Oil

Gas

300
500
700
1,100
1,500
1,900

**Stratigraphic Pinchout**

Gun

Gunsight Project - Future Well Locations

Active Permitted Locations (other operators)

Oil Producing Well

* The 3D diagram is for graphical purposes only and is not an accurate representation of the field and well positions.

**Stratigraphic Pinchout**
A stratigraphic pinchout is an oil and gas trap where gas and oil overlies the water-saturated zone in the reservoir. This geological effect happens when a porous limestone reservoir loses its porosity and becomes impermeable (pinches out). The overlying impermeable rock acts like a seal and traps oil and gas.

**Hydraulic Fracturing** (Performed during the 2nd objective)
The increase in the estimated recoverable oil reserves from the Wichita and Clay County leases is primarily due to advanced technologies in hydraulic fracturing, which makes accessible oil and gas reserves that were once considered out of reach and has tripled individual well production. In March, Texas oil production reached its highest level since 1984. That month, Texas pumped more than 74 million barrels of crude from the ground. Analysts credit the oil boom in Texas and across the country to advances in hydraulic fracturing.

13

Exhibit C to Objection to Schedule A/B Asset — Page 015



# 14 *Production History*

Exhibit C to Objection to Schedule A/B Asset



# Gunsight Project - Production History by Lease



**Hill Lease - Production Volume**

County Name: Wichita
Operator Name: WZ Energy, LLC
Field Name: Wichita County Reg.
Lease Name: Hill

Cum Gas Prod: 413
Cum Oil Prod: 146,094
Total Depth: Multiple Wells
Well Number: Multiple Wells

— Oil   — Water   ○ Completions

15



**KEMBC Lease - Production Volume**

County Name: Wichita
Operator Name: WZ Energy, LLC
Field Name: Wichita County Reg.
Lease Name: KEBMC

Cum Gas Prod: 302
Cum Oil Prod: 24,384
Total Depth: Multiple Wells
Well Number: Multiple Wells

— Oil   — Water   ○ Completions



**Birk Lease - Production Volume**

County Name: Wichita
Operator Name: WZ Energy, LLC
Field Name: Wichita County Reg.
Lease Name: Birk, C. Estate

Cum Gas Prod: 381
Cum Oil Prod: 22,175
Total Depth: Multiple Wells
Well Number: Multiple Wells

— Oil   — Water   ○ Completions

Exhibit C to Objection to Schedule A/B Asset          Page 017



# Gunsight Project - Production History by Lease



**Warren Lease - Production Volume**

County Name: Wichita
Operator Name: WZ Energy, LLC
Field Name: Wichita County Reg.
Lease Name: Warren, F.P.

Cum Gas Prod: 378
Cum Oil Prod: 109,292
Total Depth: Multiple Wells
Well Number: Multiple Wells

— Oil   — Water   ○ Completions



**Preston Lease - Production Volume**

County Name: Wichita
Operator Name: WZ Energy, LLC
Field Name: Wichita County Reg.
Lease Name: Preston

Cum Gas Prod: 377
Cum Oil Prod: 63,572
Total Depth: Multiple Wells
Well Number: Multiple Wells

— Oil   — Water   ○ Completions



**Temple Lease - Production Volume**

County Name: Wichita
Operator Name: Xophi Energy, LLC
Field Name: Wichita County Reg.
Lease Name: Temple, N.R.

Cum Gas Prod: 321
Cum Oil Prod: 126,585
Total Depth: Multiple Wells
Well Number: Multiple Wells

— Oil   — Water   ○ Completions

Exhibit C to Objection to Schedule A/B Asset                                    Page 018



# Gunsight Project - Production History by Lease



**Perkins Lease - Production Volume**

County Name: Wichita
Operator Name: Xophi Energy, LLC
Field Name: Wichita County Reg.
Lease Name: Perkins

Cum Gas Prod: 155
Cum Oil Prod: 66,115
Total Depth: Multiple Wells
Well Number: Multiple Wells

— Oil    — Water    ○ Completions



**Copeland Lease - Production Volume**

County Name: Clay
Operator Name: Xophi Energy, LLC
Field Name: ClayCounty Reg.
Lease Name: Copeland, B.E.

Cum Gas Prod: 380
Cum Oil Prod: 134,737
Total Depth: Multiple Wells
Well Number: Multiple Wells

— Oil    — Water    ○ Completions



17

Exhibit C to Objection to Schedule A/B Asset                    Page 019



**18** *Economic Summary*

Exhibit C to Objection to Schedule A/B Asset . . . . Page 001

# GUNSIGHT PARTNERSHIP

TOTAL BASED UPON $85/BARREL OIL
TOTAL MONTHLY LEASE OPERATING EXPENSES (LOE) 18% of PRODUCTION (ESTIMATED)
FIGURES BELOW REPRESENT CUMULATIVE DAILY PRODUCTION ON ALL LEASES
BASED ON 100% WORKING INTEREST AND 79% NRI W/FIRST OBJECTIVE TURNKEY COSTS $1,090,000

Tax Benefits Example: $109,000 investment x 80% IDC x 39.6% tax bracket = $34,531 real dollar savings. This represents a 32% return of investment from the tax benefit alone.*
Refer to tax section on website, www.graceoilandgas.com

\* This information is not intended to be used as individual tax advice. Consult your personal tax advisor concerning the current tax laws and their applicability and effect on your personal tax situation.

| WORKING INTEREST | 25% | | | | 10% | | 5% | |
|---|---|---|---|---|---|---|---|---|
| **TOTAL INVESTMENT** | **$272,500** | | | | **$109,000** | | **$54,500** | |
| NET REVENUE INTEREST (NRI LEASE AVERAGE) | 19.88% | | | | 7.95% | | 3.98% | |
| AVG INITIAL DAILY PRODUCTION RATE BOE/WELL | FIRST YEAR AVG MONTHLY REVENUE | PAYOUT MONTHS | FIRST YEAR ANNUAL REVENUE | FIRST YEAR %ROI | FIRST YEAR AVG MONTHLY REVENUE | FIRST YEAR ANNUAL REVENUE | FIRST YEAR AVG MONTHLY REVENUE | FIRST YEAR ANNUAL REVENUE |
| **75 BOE/WELL** | $30,973 | 9 | $371,767 | 136% | $12,390 | $148,680 | $6,195 | $74,340 |
| **50 BOE/WELL** | $20,649 | 13 | $247,788 | 91% | $8,260 | $99,120 | $4,130 | $49,560 |
| **35 BOE/WELL** | $14,454 | 19 | $173,448 | 64% | $5,782 | $69,384 | $2,891 | $34,692 |
| **10 BOE/WELL** | $4,130 | 66 | $49,560 | 18% | $1,652 | $19,824 | $826 | $9,912 |
| **0 BOE/WELL** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

BOPD x 30 Days x $BO = GROSS - (GROSS x 18% Est. LOE) / 20 Units (Unit = $54,500)

| TOTAL RETURN POTENTIAL FOR FIRST TEN (10) YEARS | | |
|---|---|---|
| WORKING INTEREST (COST) | 25% | 10% | 5% |
| NET REVENUE INTEREST (NRI LEASE AVG AT 65%) | 19.88% (AVG) | 7.95% (AVG) | 3.98% (AVG) |
| EXPECTED-CUM PRODUCTION/WELL (BOE) | TOTAL REVENUE | TOTAL REVENUE | TOTAL REVENUE |
| 650,000 | $11,326,250 | $4,530,500 | $2,265,250 |
| 400,000 | $6,970,000 | $2,788,000 | $1,394,000 |
| 250,000 | $4,356,250 | $1,742,500 | $871,250 |
| 100,000 | $1,742,500 | $697,000 | $348,500 |
| 0 | 0 | 0 | 0 |

Values and economic returns shown above are based on estimated reserves and production forecasts supported by engineering reports and Railroad Commission of Texas estimated reserves. Refer to the geological overview and page 21 for specific objectives of the partnership and costs associated with each objective.

These financial estimates are based on past performance of the wells and production declines from wells within the same leases. Past performance of these wells are not indicative of future results.

Exhibit C to Objection to Schedule A/B Asset



# NRI Breakdown of Gunsight Partnership

## Wichita County
## Net Revenue Interest

|         | Before Payout | After Payout |
|---------|---------------|--------------|
| Hill    | 79%           | 64%          |
| Birk    | 79%           | 64%          |
| KEBMC   | 80%           | 65%          |
| Warren  | 80%           | 65%          |
| Preston | 79.25 %       | 64.25%       |
| Temple  | 80%           | 65%          |
| Perkins | 78%           | 63%          |

## Clay County
## Net Revenue Interest

|           | Before Payout | After Payout |
|-----------|---------------|--------------|
| Patrick M | 80%           | 65%          |
| Patrick C | 80%           | 65%          |

Exhibit C to Objection to Schedule A/B Asset          Page 022

# Partnership Summary
## Gunsight Purchase, Rework and Drilling Objectives

**Objective I:** The first objective of the Gunsight project will be to acquire 100% working interest in 1,784 net leasehold acres from Blue Creek Operating and other minority owners. The acreage is located in Wichita and Clay County, Texas and is subdivided into nine leases. The acquisition will include more than 90 active wellbores, of which 15-18 (estimated two per lease) will be recompleted with the intent to increase oil production. The operator will also recomplete three water disposal wells. To increase the production from these wells, engineers recommend the following recompletion process: replace flowlines and selective water storage tanks; replace downhole pumps, parted rods and tubing leaks; repair electrical equipment and pumping unit motors.

**Objective II:** The second objective will be to recomplete 50 additional wells on the existing leasehold acreage. These wells will also require rods, tubing and downhole pumps to possibly increase the production on the leases and establish additional cash flow to the partners.

In addition, there will be 10 new wells drilled to test deeper zones from 2,500 feet as well as current proven zones that are not currently producing but have in the past. Current offset production around the Gunsight project has been proven from deeper zones at 1,650 feet. Also, there is proven offset production from The KMA and Canyon zones within the Temple lease at a depth of 3,200 and 5,100 feet. The Patrick lease is in an area where new production has been established, offsetting the lease area at 2,100 feet with an initial production of 75 barrels of oil per day. The development of these deeper zones should add additional long-term sustained production to the current leases and enhance the overall production of the partnership.

There are current zones above the wells current producing horizons that can also be completed to enhance the wells current production and the overall Estimated Ultimate Recovery (EUR) of each well in the partnership.

**Objective III:** The third objective will be the installation of the waterflood process to the shallow zones (230-640 feet) on the existing wells. This secondary recovery process has never been established on the current lease acreage. A report completed in 2004 by Ted Cooper P.E., noted that a waterflood of the shallower zones could yield an additional 500,000 barrels of oil for the Hill, Birk, and KEBMC leases.

Waterflooding is the process of injecting water into the reservoir to increase pressure and thereby stimulate production. The operator will establish new injection wells on a five spot system to perform the waterflooding process to the shallow zones. The zones will be completed together and commingled under the Railroad Commission of Texas rules. In addition, the reworks will also receive the benefit of the waterflood process as a re-pressurization of the field.

Grace Resources, LLC fully intends to complete Objective I of the Gunsight project before proceeding to raise capital for Objective II. At this time, each partner in the Gunsight project will have first right of refusal to buy in to a second partnership (Objective II) and again for the third partnership (Objective III).

21

Exhibit C to Objection to Schedule A/B Asset                    Page 023

# 22 *Grace Resources as Your Partner*

Exhibit C to Objection to Schedule A/B Asset



## Grace Resources, LLC

Grace Resources brings oil and gas industry level projects to non-industry accredited investors. These types of projects are typically kept for industry level producers. Grace Resources brings years of experience and long-developed relationships with real oil and gas professional organizations not accessible to the so-called oil and gas promoter market. At Grace Resources, we scrutinize each project promoted to our non-industry accredited investors and provide realistic expectations that are understood by industry producers. Our commitment is to educate our investors with the knowledge necessary for them to make prudent investment decisions related to oil and gas investments. Our success is not tied to the amount of money raised but rather the realistic returns of our investing partners. Grace Resources initiates the trust in communication tools to advise and educate our investors on our projects.

23

Exhibit C to Objection to Schedule A/B Asset          Page 025

## *Grace Resources Team*

### JAMES NORVELL

James Norvell serves Grace Resources as Managing Partner. James is committed to executing GR's mission of offering the most current, fair, and innovative financial solutions for partners in the oil and gas industry. He possesses a broad knowledge of both oil and gas financial services and field operations, and strives to have the most educated and informed partners in the industry.

James has held positions within the industry where he was responsible for advising senior management regarding policies, procedures, and guidelines designed to facilitate the understanding of the corporate goals and the integration of their financial partnerships to maximize returns to investors.

Growing up in West Texas, managing and operating startups throughout Texas, then evolving into the oil industry ten years ago, James has combined his skills. He strives to bring integrity and solid programs to his partners. He has managed several oil and gas drilling and land programs throughout seven states. James enjoys working hard on bringing the best opportunities to his partners, which provides them with great ROI and excellent tax deductions.

James enjoys spending his free time with his wife and two daughters.

### ROBERT E. PETERMAN

Robert has been blessed with success in finding oil and gas. Since 1966, he has successfully discovered hydrocarbons both individually and in conjunction with partners in the following areas: Kings Bayou, Lake Arthur, Little Chenier, Bunchy Creek, Clear Creek, Duson, Pine Ridge, Parcperdue, Chatangier, LeRoy, Maurice, Gillis-English Bayou, St. Martinville, Chalkey and South Thornwell Fields in South Louisiana, and Olge Creek Field and Woolabee Field in Australia.

Upon completion of high school, Robert Peterman went to work for Sun Oil Company as a paleontological sample washer. After one year with Sun, he joined the U.S. Army and was deployed to Korea. Upon returning from overseas, Sun transferred Robert to Lafayette, Louisiana, where he was employed as a geological draftsman. He started his college career at Southwest Louisiana Institute majoring in geology. After Sun transferred him to Beaumont to work in the Geophysical department, he earned a B.S. in Geology from Lamar University in 1960.

Sun sent him back to Lafayette where he started his geological career. He worked under the tutelage of a very successful hydrocarbon finder and found a highly successful field during his six-year tenure with Sun. In 1966 he resigned from Sun and became an independent geologist and has remained independent from the aforementioned year.

24

Exhibit C to Objection to Schedule A/B Asset
Page 026

A native of Muskogee, Oklahoma, Robert has been married to his wife Jackie for 28 years and has five children.

## BILL CHESTER

Bill Chester earned a M.S. in Science from Stephen F. Austin and went to work for Allied Bancshares in Houston, Texas as a vice president in oil and gas lending. Bill managed a loan portfolio of $100 million with an emphasis on small cap companies.

In 1981, Bill accepted a position as President with Richmark Bancshares, which owns nine banks with more than 500 employees of which 45 were commercial loan officers who Bill directly managed. Richmark Bancshares commercial loan portfolio was diversified in oil and gas, real estate and small business lending. Bill's emphasis was oil and gas and managed a loan portfolio of $175 million.

After Richmark Bancshares, Bill became the owner of Crestar Investments LLC, where he raised $200 million in investment capital to acquire, drill and operate oil and gas leases in Texas and Louisiana. Crestar owned and operated six drilling rigs. During a 12-year period, Crestar used six of its privately owned drilling rigs to drill and complete more than 2,000 wells for clients. In 1996, Bill sold his interest in the Crestar operation. By the time Bill left Crestar, he had grown the company to more than 1,000 employees.

In 1998 Bill became Vice President of Strategy One Solutions-3-D Seismic. He was responsible for all financial and regulatory operations of the company.

Bill then worked for Terax Energy as VP of drilling operations in Texas. After it was sold, Bill worked as a consultant in oil and gas until he started Energy Producers, Inc. in 2007.

25

Exhibit C to Objection to Schedule A/B Asset                    Page 027



**26** *RWA as the Operator*

Exhibit C to Objection to Schedule A/B Asset

## RWA, LLC

RWA, LLC is an oil and gas company formed in 2012 from several oil and gas entities that have been established in the industry for more than 30 years. This newly-formed company has a solid backing from a group of industry experts who have more than 30 years of experience financing and operating oil and natural gas wells in Texas.

RWA, LLC set out to establish a high standard in the industry and prides itself on being "Ready, Willing and Able" to develop a prospect through all aspects of drilling and development. They employ the appropriate personnel who are knowledgeable about every aspect of a project and can quickly address challenges so each project can operate at its greatest potential.

Whether it is reworking, drilling, evaluating a prospect, building infrastructure or building the pipeline, RWA, LLC has proven to set a new standard in the oil and gas industry.

RWA, LLC is in good standing with the Railroad Commission of Texas that governs all aspects of the Oil Industry in Texas.

27

Exhibit C to Objection to Schedule A/B Asset                    Page 029

## RWA Operating Team

**BILL MARCUM, JR.**
Bill Marcum, Jr. has managed and operated his own oil properties since 1985. In addition Bill has managed over 2,000 wells in North Texas, South Texas, West Texas and Western Oklahoma. He has drilled over 20 wells, and consulted on many small to mid size companies. Bill has had his own well service rigs as well as managed drilling rigs for Bravo Drilling. It was sold in 2009. He has experience in both production and exploration. Bill holds both a Bachelor and Masters degrees, has been a Landsman, is active in his local church, and Masonic Lodge, is a father of four daughters, and has been married for 34 years. Currently, he is working in the Lost Circulation and Production for a small Mid-Continent company.

**EVERETT SPARKS**
Everett Sparks saw his first oil well up close at the age of eleven. He asked his Dad what it did and his Dad explained that it pulled oil out of the ground. Everett's response, "Let's go get one." Many years later, Everett purchased his first oil lease. A few months later, he was drilling his first well. It was completed as a producing oil well. His next well was a gas producer. Those wells were in Louisiana. He had studied for many years all the aspects of finding a prospect, through evaluation and development and finally in drilling and completing a well.

It is through this hands on experience that he gained invaluable experience as a successful oil and gas operator. He has operated throughout Texas since the middle 1980's. He purchases properties and is successful in reworking them to enhance the recovery of oil. He has enjoyed great success in developing older wells in fields that others thought had produced all they could. Utilizing newer methods together with some of his own special techniques, he has seen some remarkable results. Whether it is reworking wells or drilling new wells he is diligent in doing everything possible to make the project successful.

**WILBUR E. HAMMOCK**
Wilbur E. Hammock is a well respected petroleum engineer with a career that spans more than 40 years. His career began while working on his degree in petroleum engineering, working part time and summers for Lone Star Producing Company in Oklahoma City. While there he gathered valuable hands on experience maintaining oil and gas production records, drawings, performing economic evaluations of exploratory and producing properties, and gathering well data for use in studies of reservoir performance.

After graduating from the University of Oklahoma in 1970, Wilbur began his full time career as a production engineer at Cities Service Oil Company in Lafayette, Louisiana where he supervised drilling operations, offshore Louisiana, on jack-up

28

Exhibit C to Objection to Schedule A/B Asset    Page 030

rigs, drill-ships and stationary platforms. He then went to Houston where he designed open-hole logging programs for new wells, performed well-site log evaluations and recommended completion procedures for wells both offshore and in South Texas. He was also responsible for the evaluation and acquisition of the Belco offshore property.

In 1973 Wilbur went back to work for Lone Star Producing Company in their Dallas, Texas office as the District Petroleum Engineer, where he was tasked with all engineering functions within the Dallas-West District. The district included more than 800 producing wells, which are located in north and west central Texas. He supervised the engineering and technical staff, budgets and yearly reserve estimates for all wells. In 1975, Wilbur moved to R.J. Black & Son, Inc as the Manager of Engineer Operations in Dallas.

In July 1975 Wilbur formed Hammock Engineering, Inc., a consulting engineering firm providing evaluations of oil and gas reserves, log analyses, calculation of property economics and supervised all field operations. Wilbur planned and drilled wells for clients, performed onsite well logging operations and designed completions for wells in Texas and Oklahoma. The firm owned and operated workover rigs and vacuum trucks employing up to 15 people in North Texas. Wilbur worked for himself in various functions until 1998.

In 1998 Wilbur went to work for Union Crude Company in Baytown, Texas as Vice President and Co-Owner until 2003 where he performed well recompletions on 50 plus owned wells. He sought out and reviewed properties for company acquisition and prepared well prognosis for reworking operations.

Since 2003, Wilbur has been providing consulting services for various oil and gas companies in Texas, Oklahoma, Kentucky and Louisiana. He performs well log analysis, prospect reviews and reserve studies of producing properties. Wilbur supervises field operations including recompletions, facility installations, drilling and completion of new wells. He also performs comprehensive project services including acreage leasing and title overview, site preparation, contractor selection and the drilling and completion of oil and gas prospects.

29

Exhibit C to Objection to Schedule A/B Asset                    Page 031



## Grace Resources LLC

801 E. Campbell Rd. Ste. 245C
Richardson, TX 75081

Office: 972-509-9000
Fax: 972-767-3230

www.graceoilandgas.com

Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of the investment opportunity described in this brochure. The offering of securities is made only by the Confidential Private Placement Memorandum which must accompany or precede this brochure. This brochure does not constitute an offer to sell nor the solicitation of an offer to buy.

Investments in oil and gas ventures are highly risky and could result in a complete loss of investors' funds. Risks other than those described herein associated with investment in the Gunsight Private Drilling Fund, L.P. are described in the Risk Factors section of the Confidential Private Placement Memorandum. Prospective investors are urged to read and consider carefully the risks described in that section. Examples included in this brochure are for illustrative purposes only. Results will vary based on an investor's individual circumstances. We recommend that each prospective investor read the Confidential Private Placement Memorandum in its entirety and consult his/her own financial and tax advisors before making an investment decision.

Exhibit C to Objection to Schedule A/B Asset                                                    Page 032